UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FUNAI ELECTRIC COMPANY, ET AL.,  No. C 04-1830 CRB (JL)

    Plaintiffs,

  v.  **ORDER TO SHOW CAUSE**

DAEWOO ELECTRONICS CORPORATION, ET AL.,

    Defendants.

_____/

**Introduction**

This Court received the parties' joint statement regarding compliance with this Court's April 14, 2005 order. That order granted in part and denied in part Plaintiff's motion to compel. Defendants' compliance was due within thirty days, or by May 14, 2005.

**Order**

The Court reviewed the joint statement and hereby orders Defendants to appear before this Court and show cause why they and their counsel should not be sanctioned under Rule 37(b)(2), Federal Rules of Civil Procedure, for failure to comply with this Court's order. The Court hereby issues its preliminary orders on some of the questions addressed in the joint statement.

With respect to the "Composition Agreement," Defendants contend that they have no possession, custody or control of this Agreement, the same argument they raised in the

previous discovery motion and which this Court rejected. The Court then ordered them to produce the Composition Agreement. (Order at page 3). Defendants did not appeal this ruling. Defendants shall produce the Composition Agreement forthwith.

With regard to the cross-referencing of customer numbers and Daewoo[1] product numbers, the Court rejects Defendants' contention that reconciling this information is the same for Daewoo as it is for Funai. These are Daewoo's products. If they are identified differently by customer numbers and product numbers, that is more in the province of Daewoo than of Funai and Daewoo shall perform the reconciliation. This cross-referencing shall be provided forthwith.

## Further Briefing

The parties shall submit letter briefs as follows.

With respect to the translated attachments to the Asset Purchase Agreement, Defendants contend that these are irrelevant and "take time to translate." The Court previously decided the issue of relevance when it ordered Defendants to produce the translated attachments to the Asset Purchase Agreement on or before May 14. While translation may take time, Defendants shall explain why the documents have not been translated in three months, including documentation of their efforts to obtain a translation. Defendants shall also respond to Plaintiff's allegation that the translation of the Asset Purchase Agreement is inconsistent with the partial translation previously produced by Daewoo.

For every discovery response for which Defendants contend there are no responsive specimens or documents they shall describe in detail their efforts to locate responsive specimens or documents including the names of those who searched, the locations searched, when the search was initiated and the time spent searching.

---

[1] On June 17, Plaintiff dismissed without prejudice its complaint against Daewoo International (America) Corporation (DIAC) and Daewoo International Corporation (DIC). These are only two of multiple Daewoo entities which are defendants in this case.

Plaintiff shall provide to the Court its declaration documenting its expenses associated with both the previous discovery motion before this Court and its efforts to obtain Defendants' compliance with this Court's order of April 14, 2005.

The parties' letter briefs shall be filed on or before July 25, 2005.

**Hearing**

The matter will be heard on August 3, 2005 at 9:30 a.m.

If the parties resolve their dispute prior to this date, they shall advise the Court.

IT IS SO ORDERED.

DATED: July 14, 2005

JAMES LARSON
Chief United States Magistrate Judge