FRANKLIN BROCKWAY GOWDY, SBN 47918
THOMAS D. KOHLER, SBN 207917
STEVEN R. DANIELS, SBN 235398
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

MICHAEL J. LYONS, SBN 202284
KIRK A. GOTTLIEB, SBN 191032
STACEY E. STILLMAN, SBN 197459
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff
FUNAI ELECTRIC COMPANY, LTD.

DANIEL M. PRESS
JUAN CHARDIET (*pro hac vice*)
CHUNG & PRESS , P.C.
6723 Whittier Ave., Ste. 302
McLean, VA 22101
Telephone: 703.734.3800
Facsimile: 703.734.0590

Attorneys for Defendants
DAEWOO ELECTRONICS CORPORATION, DAEWOO ELECTRONICS AMERICA, INC., AND DAEWOO ELECTRIC MOTOR INDUSTRIES, LTD. (NOW KNOWN AS DAEWOO ELECTRONICS CORPORATION)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

Funai Electric Company, Ltd.,

Plaintiff,

vs.

Daewoo Electronics Corporation, Daewoo Electronics Company, Ltd., Daewoo Electronics America, Inc., Daewoo Electronics Corporation of America, Inc., Daewoo International Corporation, Daewoo International (America) Corp. and Daewoo Electric Motor Industries Ltd.,

Defendants.

Case No. C 04-1830 CRB (JL)

**STIPULATION TO FILE AMENDED COMPLAINT AND TO AMEND CAPTION**

Plaintiff Funai Electric Company, Ltd. ("Funai") and Defendants Daewoo Electronics Corporation ("DEC") and Daewoo Electronics America, Inc. ("DEAM") respectfully submit this Stipulation To File Amended Complaint And To Amend Caption.

WHEREAS, on June 16, 2005, the Court approved the Stipulation of Dismissal Without Prejudice of Defendants Daewoo International Corporation and Daewoo International (America) Corp., filed by Funai on June 13, 2005;

WHEREAS, Funai wishes to amend its Complaint filed on May 7, 2004 to formally allege that DEC and DEAM are successors-in-interest to, and jointly and severally liable for damages incurred by, Defendants Daewoo Electronics Co., Ltd. ("DECL") and Daewoo Electronics Corporation of America, Inc. ("DECA");

WHEREAS, DEC and DEAM wish to amend their Answer filed on October 12, 2004, to withdraw certain allegations that Funai committed inequitable conduct during prosecution of United States Patent No. 6,021,018;

NOW THEREFORE, in consideration of the foregoing recitals, Funai, DEC and DEAM hereby agree that: (1) the caption in this action shall be amended to eliminate reference to Defendants Daewoo International Corporation and Daewoo International (America) Corp.; (2) Funai shall file the Amended Complaint For Patent Infringement And Demand For Jury Trial attached hereto as Exhibit 1; and (3) DEC and DEAM shall file an Answer or other response to the Amended Complaint within twenty (20) days of filing thereof.

IT IS SO AGREED AND STIPULATED.

Dated: July 20, 2005

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Michael J. Lyons
Michael J. Lyons

Attorneys for Plaintiff
FUNAI ELECTRIC COMPANY, LTD.

Dated: July 20, 2005

CHUNG & PRESS, P.C.

By: /s/ Daniel M. Press
Daniel M. Press

Attorneys for Defendants DAEWOO ELECTRONICS CORPORATION, DAEWOO ELECTRONICS AMERICA, INC., AND DAEWOO ELECTRIC MOTOR INDUSTRIES, LTD. (NOW KNOWN AS DAEWOO ELECTRONICS CORPORATION)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 25, 2005

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Charles R. Breyer

Hon. Charles R. Breyer
United States District Judge