FRANKLIN BROCKWAY GOWDY, State Bar No. 47918
THOMAS D. KOHLER, State Bar No. 207917
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

DAVID C. BOHRER, State Bar No. 212397
MICHAEL J. LYONS, State Bar No. 202284
KIRK A. GOTTLIEB, State Bar No. 191032
STACEY E. STILLMAN, State Bar No. 197459
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com

Attorneys for Plaintiff
FUNAI ELECTRIC COMPANY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Funai Electric Company, Ltd.,<br><br>            Plaintiff,<br><br>    vs.<br><br>Daewoo Electronics Corporation, Daewoo Electronics Company, Ltd., Daewoo Electronics America, Inc., Daewoo Electronics Corporation of America, Inc., Daewoo International Corporation, Daewoo International (America) Corp. and Daewoo Electric Motor Industries Ltd.,<br><br>            Defendants. | Case No. C 04-1830 CRB (JL)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION PURSUANT TO CIVIL L.R. 79-5 FOR ORDER PLACING UNDER SEAL FUNAI'S [SEALED] LETTER BRIEF AND [SEALED] EXHIBITS 1, 2, 6 & 8 TO STILLMAN LETTER BRIEF DECL.** |

1  The Court having considered the papers submitted, and the papers on file in this case, and
2  good cause showing,
3  IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk shall place under
4  seal Funai's [Sealed] Letter Brief In Support Of Sanctions Pursuant To July 14 Order To Show
5  Cause and [Sealed] Exhibits 1, 2, 6 & 8 to the Declaration of Stacey E. Stillman In Support Of
6  Funai's Letter Brief In Support Of Sanctions Pursuant To July 14 Order To Show Cause.

Dated: July 28, 2005

/s/ James Larson

Hon. James Larson
United States Magistrate Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO