1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FUNAI ELECTRIC COMPANY,

           Plaintiff,

  v.

DAEWOO ELECTRONICS CORP. et al,

           Defendants.
_____/

No. C 04-01830 CRB

**ORDER**

      Pursuant to Local Rule 7-9(a) and the Court's suggestion in open court on October 7, defendants have filed a Motion for Reconsideration of the Court's Order Granting Default Judgment.  As required by Local Rule 7-9(d), the Court will hear oral argument on the Motion on December 9, 2005, and parties are to follow the Court's customary briefing schedule: Plaintiff's Opposition shall be filed and served no later than November 18, 2005, and defendants' Reply shall be filed and served no later than November 25, 2005.

      **IT IS SO ORDERED.**

Dated: October 31, 2005

                                    _____
                                  CHARLES  R. BREYER
                                  UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**

For the Northern District of California