```
 1  FRANKLIN BROCKWAY GOWDY, State Bar No. 47918
    THOMAS D. KOHLER, State Bar No. 207917
 2  MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
 3  San Francisco, CA  94105-1126
    Tel: 415.442.1000
 4  Fax: 415.442.1001

 5  DAVID C. BOHRER, State Bar No. 212397
    MICHAEL J. LYONS, State Bar No. 202284
 6  STACEY E. STILLMAN, State Bar No. 197459
    MORGAN, LEWIS & BOCKIUS LLP
 7  2 Palo Alto Square
    3000 El Camino Real, Suite 700
 8  Palo Alto, CA  94306-2212
    Tel: 650.843.4000
 9  Fax: 650.843.4001
    mlyons@morganlewis.com
10
    Attorneys for Plaintiff
11  FUNAI ELECTRIC COMPANY, LTD.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Funai Electric Company, Ltd., | Case No. C 04-1830 CRB (JL) |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING APPLICATION PURSUANT TO CIVIL L.R. 79-5 FOR ORDER PLACING UNDER SEAL: |
| vs. | |
| Daewoo Electronics Corporation, Daewoo Electronics Company, Ltd., Daewoo Electronics America, Inc., Daewoo Electronics Corporation of America, Inc., and Daewoo Electric Motor Industries Ltd., Defendants, | (1) [SEALED] PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DAEWOO ELECTRONICS CORPORATION AND DAEWOO ELECTRONICS AMERICA, INC.; AND |
| Defendants. | (2) [SEALED] STILLMAN DECLARATION IN SUPPORT OF MOTION FOR SANCTIONS AND [SEALED] EXHIBITS A-E THERETO |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3564674.1

[PROPOSED] SEALING ORDER
(C 04-1830 CRB (JL))

1   The Court having considered the papers submitted, and the papers on file in this case, and
2   good cause showing,
3   IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk shall place under
4   seal:
5   (1) [Sealed] Plaintiff's Motion for Sanctions Against Daewoo Electronics Corporation and
6   Daewoo Electronics America, Inc.; and
7   (2) [Sealed] Stillman Declaration In Support Of Plaintiff's Motion For Sanctions and
8   [Sealed] Exhibits A-E thereto.

Dated: November 10, 2005

Hon. James
Chief United States Magistrate Judge

*IT IS SO ORDERED*
*Judge James Larson*