FRANKLIN BROCKWAY GOWDY, State Bar No. 47918
THOMAS D. KOHLER, State Bar No. 207917
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

DAVID C. BOHRER, State Bar No. 212397
MICHAEL J. LYONS, State Bar No. 202284
STACEY E. STILLMAN, State Bar No. 197459
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com

Attorneys for Plaintiff
FUNAI ELECTRIC COMPANY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Funai Electric Company, Ltd., <br><br> Plaintiff, <br><br> vs. <br><br> Daewoo Electronics Corporation, Daewoo Electronics Company, Ltd., Daewoo Electronics America, Inc., Daewoo Electronics Corporation of America, Inc., and Daewoo Electric Motor Industries Ltd., <br><br> Defendants. | Case No. C 04-1830 CRB (JL) <br><br> **[PROPOSED] ORDER GRANTING APPLICATION PURSUANT TO CIVIL L.R. 79-5 FOR ORDER PLACING UNDER SEAL:** <br><br> **(1) [SEALED] PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS AGAINST DAEWOO ELECTRONICS CORPORATION AND DAEWOO ELECTRONICS AMERICA, INC.** <br><br> **(2) [SEALED] EXHIBITS 1-5 TO THE DECLARATION OF MICHAEL J. LYONS IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS AGAINST DAEWOO ELECTRONICS CORPORATION AND DAEWOO ELECTRONICS AMERICA, INC.** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3566911.1

[PROPOSED] SEALING ORDER
(C 04-1830 CRB (JL))

1  The Court having considered the papers submitted, and the papers on file in this case, and
2  good cause showing,

3  IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk shall place under
4  seal:

5  (1) [Sealed] Plaintiff's Reply In Support Of Motion for Sanctions Against Daewoo
6  Electronics Corporation and Daewoo Electronics America, Inc.; and

7  (2) [Sealed] Exhibits 1-5 to the Declaration of Michael J. Lyons In Support Of Plaintiff's
8  Reply In Support Of Motion for Sanctions Against Daewoo Electronics Corporation and Daewoo
9  Electronics America, Inc.

11  Dated: __November 30, 2005__    _____
12                                   Hon. J[...]
                                     United [...] [Judge]
                                     IT IS SO ORDERED
                                     Judge James Larson

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3566911.1                    1          [PROPOSED] SEALING ORDER
                                              (C 04-1830 CRB (JL))