**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNAI ELECTRIC COMPANY, | No. C 04-1830 CRB  (JL) |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING** |
| DAEWOO ELECTRONICS CORPORATION, ET AL., | |
| Defendants. | |
| _____/ | |

In light of the imminent proceedings before the trial court (Hon. Charles R. Breyer) this Court hereby vacates the hearing of December 7, 2005 on Plaintiff's motion for sanctions. If the Court decides to hear oral argument on this motion, the Court will advise the parties.

IT IS SO ORDERED.

DATED: December 2, 2005

_____
JAMES LARSON
Chief United States Magistrate Judge