United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNAI ELECTRIC COMPANY, LTD.,<br><br>    Plaintiff,<br><br>   v.<br><br>DAEWOO ELECTRONICS CORPORATION et al.,<br><br>    Defendants. | No. C 04-01830 CRB<br><br>**ORDER RE: MARKMAN HEARING** |

    The Court hereby notifies the parties that the <u>Markman</u> hearing scheduled for Friday, January 20, 2006, will be at 10:00 am in Courtroom 8 on the 19th floor. The hearing will conclude by 12 noon. The Court directs the parties to respond to the following questions at the hearing:

    **'218 Patent: "Comprising . . . a capacitor"**

    1.    <u>Daewoo</u>: Assume that "comprising ... a" commonly means "one or more" when used to describe an element or list of elements in a claim term. *Is there case law in the Federal Circuit that addresses whether that common meaning is altered if another element is modified by "at least one" or another modifier that indicates a quantity greater than one?*

    **'332 Patent: "Magnetic Shielding"**

    2.    <u>Daewoo</u>: *Why doesn't the frequency range where eddy current damping results in effective shielding correspond to the "high frequency" of transformers used in VCRs?*

    3.    <u>Both Parties</u>: *Is eddy current damping commonly used as magnetic shielding in*

1  *VCRs?*

2      4.    <u>Both Parties</u>: Assume shield plate 7 in figure 1 is not a <u>magnetic</u> enclosure because it
3  does not contain an internal cavity.  Assume also that a <u>physical</u> enclosure may be formed if shield
4  plate 7 is sufficiently connected to other components in figure 1.  *Do these other components*
5  *contribute to forming a <u>magnetic</u> enclosure?*

6      5.    <u>Both Parties</u>: *Present arguments against the following proposed construction*
7  *of "magnetic shielding," <u>if any</u>:* "a structure separating a source of magnetic flux and a component
8  to be protected from magnetic flux that operates to redirect magnetic flux through the structure
9  thereby reducing magnetic flux at the component for the purpose of enabling effective operation of
10  the component."

11      **'210 Patent: "Insulating Material"**

12      6.    <u>Funai</u>: *If "insulating material" is defined by its ability to suppress switching noise, is*
13  *this essentially defining a genus by a function in violation of the written description requirement?*
14  *See* <u>Regents of Univ. of California v. Eli Lilly & Co.</u>, 119 F.3d 1559 (Fed. Cir. 1997).

15      7.    <u>Funai</u>: Under your proposed definition, if the switching noise produced by the motor
16  is sufficiently small or if only minimal switching noise actually propagates to the bearing holder,
17  then even a material with low resistivity, such as copper, could be capable of suppressing the
18  switching noise.  *Does the intrinsic evidence preclude a situation where minimal switching noise is*
19  *either produced by the motor or propagated to the bearing holder?*

20      8.    <u>Daewoo</u>: *In light of the general public notice function of patent law,*
21  *should the insulating material resistivity range start at the lowest value cited for insulators or at the*
22  *highest value cited for semiconductors?*

23      **'209 Patent: "Chrominance Signal Circuit"**

24      9.    <u>Both Parties</u>: *What is the difference between a color difference signal and a RGB*
25  *signal?  Between a color difference signal and a chrominance signal?*

26      10.    <u>Both Parties</u>: Assume the specification does not require the chrominance signal circuit
27  to generate a RGB signal. *Does the specification at least require the chrominance signal circuit to*
28  *generate a color <u>difference</u> signal?*

**'538 Patent: "Bias Means"**

11. <u>Daewoo</u>: *Respond to Funai's argument in the Reply brief that the Court can correct "given" to read "giving"?*

12. <u>Funai</u>: If "[t]he specification must be read to determine the structure capable of performing the claimed function," <u>Buddle v. Harley-Davidson, Inc.</u>, 250 F.3d 1369, 1379 (Fed. Cir. 2001), *then may other claims establish that structure?*

**IT IS SO ORDERED.**

Dated: January 18, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE