FRANKLIN BROCKWAY GOWDY, State Bar No. 47918
THOMAS D. KOHLER, State Bar No. 207917
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001

DAVID C. BOHRER, State Bar No. 212397
MICHAEL J. LYONS, State Bar No. 202284
STACEY E. STILLMAN, State Bar No. 197459
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
mlyons@morganlewis.com

Attorneys for Plaintiff
FUNAI ELECTRIC COMPANY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Funai Electric Company, Ltd.,<br><br>          Plaintiff,<br><br>    vs.<br><br>Daewoo Electronics Corporation, Daewoo Electronics Company, Ltd., Daewoo Electronics America, Inc., Daewoo Electronics Corporation of America, Inc., and Daewoo Electric Motor Industries Ltd.,<br><br>          Defendants. | Case No. C 04-1830 CRB (JL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF FUNAI ELECTRIC COMPANY, LTD.'S MOTION FOR ADMINISTRATIVE RELIEF TO AWARD COSTS AGAINST DEFAULTING DEFENDANTS** |

1  IT IS HEREBY ORDERED that plaintiff Funai Electric Company, Ltd. ("Funai"), be awarded costs of $7,837.94 from defaulting defendants Daewoo Electronics Company, Ltd. and Daewoo Electronics Corporation of America, Inc. pursuant to this Court's Order of October 7, 2005 and the Revised Bill of Costs filed by Funai on December 2, 2005.

Dated: __February 21_____, 2006   _____
Honorable Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*