FRANKLIN BROCKWAY GOWDY, State Bar No. 47918
THOMAS D. KOHLER, State Bar No. 207917
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

DAVID C. BOHRER, State Bar No. 212397
MICHAEL J. LYONS, State Bar No. 202284
STACEY E. STILLMAN, State Bar No. 197459
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com

Attorneys for Plaintiff
FUNAI ELECTRIC COMPANY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Funai Electric Company, Ltd., <br><br> Plaintiff, <br><br> vs. <br><br> Daewoo Electronics Corporation, Daewoo Electronics Company, Ltd., Daewoo Electronics America, Inc., Daewoo Electronics Corporation of America, Inc., and Daewoo Electric Motor Industries Ltd., Defendants, <br><br> Defendants. | Case No. C 04-1830 CRB (JL) <br><br> ~~[PROPOSED]~~ **ORDER GRANTING FUNAI ELECTRIC COMPANY, LTD.'S FEE APPLICATION** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3564298.1

[PROPOSED] ORDER GRANTING FUNAI'S
FEE APPLICATION (C 04-1830 CRB (JL))

1   The Court having considered the papers submitted, and the papers on file in this case, and
2   good cause appearing,

3   IT IS HEREBY ORDERED that Funai Electric Company, Ltd.'s Fee Application is
4   GRANTED pursuant to 35 U.S.C. § 285 as follows:

| | |
|---|---|
| Total Attorneys' Fees | $830,496 |
| Total Expenses | $271,592 |
| Total Attorneys' Fees and Expenses | $1,102,088 |

Dated: __March 24, 2006_____

IT IS SO ORDERED

Judge Charles R. Breyer

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3564298.1                    2        [PROPOSED] ORDER GRANTING FUNAI'S
                                              FEE APPLICATION (C 04-1830 CRB (JL))