DAVID C. BOHRER (SBN 212397)
dbohrer@morganlewis.com
MICHAEL J. LYONS (SBN 202284)
mlyons@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
Two Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Telephone: (650) 843-4000
Facsimile: (650) 843-4001

Attorneys for Plaintiff,
FUNAI ELECTRIC COMPANY, LTD.

DANIEL M. PRESS, ESQ.
dpress@chung-press.com
JUAN CHARDIET, ESQ.
jchardiet@chung-press.com
CHUNG & PRESS, P.C.
6723 Whittier Ave., Suite 302
McLean, VA 22101
Telephone: (703) 734-3800
Facsimile: (703) 734-0590

Attorneys for Defendants,
DAEWOO ELECTRONICS, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUNAI ELECTRIC COMPANY, LTD., | Case No. C 04-01830 CRB (JL) |
| Plaintiff, | **PARTIES' [PROPOSED] STIPULATED SCHEDULING ORDER** |
| vs. | |
| DAEWOO ELECTRONICS CORPORATION, et al. | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

1          PARTIES' [PROPOSED] STIPULATED
                            SCHEDULING ORDER
                        Case No.: C 04-01830 CRB (JL)

1-PA/3592866.1

WHEREAS, counsel for Plaintiff Funai Electric Company, Ltd. ("Funai") and Defendants Daewoo Electronics Corporation ("DEC") and Daewoo Electronics America, Inc. ("DEAM") (collectively, "the Parties") attended a case management conference with the Court on June 9, 2006;

WHEREAS, the Court set the dates for the Final Pretrial Conference and the Trial, and ordered the Parties to negotiate the remaining dates;

THEREFORE, the Parties respectfully request the Court to approve and adopt the case management schedule set forth below:

| Action | Date/Deadline |
|---|---|
| Supplementation of disclosures and responses under Fed.R.Civ.P. 26(e) | July 21, 2006 |
| Written expert reports for those issues upon which each party bears the burden of proof | January 9, 2007 |
| Rebuttal expert reports | March 9, 2007 |
| Fact and expert discovery cut-off | March 30, 2007 |
| Dispositive motions | April 27, 2007 |
| Deadline to serve (but not file) motions *in Limine* (5 or fewer per side, without leave) | May 30, 2007 (at least 20 days before pretrial conference)[*] |
| Deadline to serve (but not file) oppositions to any motions *in Limine* | June 8, 2007 (at least 10 days before pretrial conference)[*] |
| Joint Proposed Pretrial Order, Motions in Limine (moving party files both motion and opposition), lists of witnesses and objections pursuant to Fed.R.Civ.P. 26(a)(3) and other items pursuant to Judge Breyer's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases | June 12, 2007 (at least 7 days before pretrial conference)[*] |
| Final Pretrial Conference | June 19, 2007, 2.30 p.m.[**] |
| Trial | July 2, 2007, 8.30 a.m.[**] |

---

[*] Pursuant to Judge Breyer's "Guidelines for Trial and Pretrial Conference in Civil Jury Cases."
[**] Pursuant to Court's Order dated June 9, 2006.

2

PARTIES' [PROPOSED] STIPULATED SCHEDULING ORDER
Case No.: C 04-01830 CRB (JL)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3592866.1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  June 28, 2006 | MORGAN, LEWIS & BOCKIUS LLP |
|   | By: /s/ David C. Bohrer<br>David C. Bohrer<br>Michael J. Lyons |
| Dated:  June 28, 2006 | CHUNG & PRESS, P.C. |
|   | By: /s/ Daniel M. Press<br>Daniel M. Press |

3

PARTIES' [PROPOSED] STIPULATED
SCHEDULING ORDER
Case No.: C 04-01830 CRB (JL)

1-PA/3592866.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, David C. Bohrer, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 28, 2006, at Palo Alto.

/s/ David C. Bohrer
David C. Bohrer

**IT IS SO ORDERED.**

Dated: __July 05, 2006_____   _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



4

PARTIES' [PROPOSED] STIPULATED
SCHEDULING ORDER
Case No.: C 04-01830 CRB (JL)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3592866.1