1  DAVID C. BOHRER (SBN 212397)
   dbohrer@morganlewis.com
2  MICHAEL J. LYONS (SBN 202284)
   mlyons@morganlewis.com
3  MORGAN, LEWIS & BOCKIUS LLP
   Two Palo Alto Square
4  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306
5  Telephone:  (650) 843-4000
   Facsimile:  (650) 843-4001
6
   Attorneys for Plaintiff,
7  FUNAI ELECTRIC COMPANY, LTD.

8  DANIEL M. PRESS, ESQ.
   dpress@chung-press.com
9  JUAN CHARDIET, ESQ.
   jchardiet@chung-press.com
10 CHUNG & PRESS, P.C.
   6723 Whittier Ave., Suite 302
11 McLean, VA 22101
   Telephone:  (703) 734-3800
12 Facsimile:  (703) 734-0590

13 Attorneys for Defendants,
   DAEWOO ELECTRONICS, et al.
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  FUNAI ELECTRIC COMPANY, LTD., | Case No. C 04-01830 CRB (JL) |
| 19           Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SUPPLEMENTATION OF DISCLOSURES AND RESPONSES UNDER FED. R. CIV. P. 26(e)** |
| 20           vs. | |
| 21  DAEWOO ELECTRONICS CORPORATION, et al. | |
| 22           Defendants. | |

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

1  STIPULATION TO EXTEND DEADLINE
   Case No.: C 04-01830 CRB (JL)

1-DA/2028255.1

1   WHEREAS, on July 5, 2006, the Court approved and adopted the Stipulated Scheduling

2   Order submitted by Plaintiff Funai Electric Company, Ltd. ("Funai") and Defendants Daewoo

3   Electronics Corporation ("DEC") and Daewoo Electronics America, Inc. ("DEAM")

4   (collectively, "the Parties");

5   WHEREAS, the deadline for "Supplementation of disclosures and responses under Fed.

6   R. Civ. P. 26(e)" set forth in the Scheduling Order is July 21, 2006;

7   WHEREAS, the deadline for completion of fact and expert discovery is March 30, 2007;

8   WHEREAS, pursuant to Local Rules 6-1 and 6-2, the Parties stipulate to extend the

9   deadline for "Supplementation of disclosures and responses under Fed. R. Civ. P. 26(e)" to March

10  30, 2007, so that the Parties will have the opportunity to resolve all outstanding discovery

11  disputes and complete all necessary discovery prior to providing the required supplementation

12  under Fed. R. Civ. P. 26(e);

13  WHEREAS, notwithstanding the extension of the above deadline, the Parties

14  acknowledge their duty under Fed. R. Civ. P. 26 to timely supplement their disclosures and

15  discovery responses with newly acquired information;

16  WHEREAS, the requested time modification will not have any prejudicial effect on the

17  remaining deadlines in the case;

18  WHEREAS, the Parties have previously been granted time modifications in the case as set

19  forth below:

20  (i)     Order granting Defendants' motion to answer, respond or otherwise plead to the

21  Complaint, dated July 6, 2004;

22  (ii)    Order granting continuance of deadlines through case management conference,

23  dated August 31, 2004 (by stipulation);

24  (iii)   Order fixing deadline for Defendants' answers, dated October 5, 2004 (by

25  stipulation);

26  (iv)    Order extending time for Plaintiff to file a response to Defendants' answer and

27  counterclaims, dated November 29, 2004 (by stipulation); and,

28

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION TO EXTEND DEADLINE
Case No.: C 04-01830 CRB (JL)

1-DA/2028255.1

1    (v) Order continuing hearing on motion to compel, dated March 14, 2005 (by

2 stipulation);

3    THEREFORE, good cause exists to extend the deadline for the Parties to supplement

4 disclosures and responses under Fed. R. Civ. P. 26(e) to March 30, 2007.

                                      Respectfully submitted,

Dated: July 11, 2006                  MORGAN, LEWIS & BOCKIUS LLP


                                      By: /s/ David C. Bohrer
                                          David C. Bohrer
                                          Michael J. Lyons


Dated: July 11, 2006                  CHUNG & PRESS, P.C.


                                      By: /s/ Daniel M. Press
                                          Daniel M. Press

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

3                    STIPULATION TO EXTEND DEADLINE
                     Case No.: C 04-01830 CRB (JL)
1-DA/2028255.1

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, David C. Bohrer, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this July 11, 2006, at Palo Alto.

/s/ David C. Bohrer
David C. Bohrer

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: __July 12, 2006_____     _____
CHARLES R. BREYER
UNITED STATES D...



MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

4

STIPULATION TO EXTEND DEADLINE
Case No.: C 04-01830 CRB (JL)

1-DA/2028255.1