1  FRANKLIN BROCKWAY GOWDY, SBN 47918
   THOMAS D. KOHLER, SBN 207917
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  DAVID C. BOHRER, SBN 212397
   MICHAEL J. LYONS, SBN 202284
6  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
7  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2212
8  Tel: 650.843.4000
   Fax: 650.843.4001
9  mlyons@morganlewis.com

10 Attorneys for Plaintiff
   FUNAI ELECTRIC COMPANY, LTD.

   DANIEL M. PRESS
   JUAN CHARDIET (*pro hac vice*)
   CHUNG & PRESS , P.C.
   6723 Whittier Ave., Ste. 302
   McLean, VA  22101
   Telephone: 703.734.3800
   Facsimile: 703.734.0590
   dpress@chung-press.com

   Attorneys for Defendants
   DAEWOO ELECTRONICS , et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Funai Electric Company, Ltd., <br><br> Plaintiff, <br><br> vs. <br><br> Daewoo Electronics Corporation, et. al. <br><br> Defendants. | Case No. C 04-1830 CRB (JL) <br><br> [~~PROPOSED~~] **ORDER RE: BRIEFING AND HEARING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT** |

In accordance with the request pursuant to Civil L.R. 6-2(a), the Court hereby orders the following briefing and summary judgment motion hearing schedule:

| | |
|---|---|
| Plaintiff to file cross motion for summary judgment ("Funai Motion") and Opposition to pending Motion of Daewoo Electronics Corp. and Daewoo Electronics America, Inc. For Partial Summary Judgment on U.S. Patent No. 6,021,018 ("Daewoo Motion"): | October 13, 2006 |
| Defendants to file their Reply in support of the Daewoo Motion and Opposition to the Funai Motion: | October 27, 2006 |
| Plaintiff to file its Reply in support of the Funai Motion: | November 3, 2006 |
| Hearing on both Daewoo Motion and Funai Motion: | November 17, 2006 |

This order does not affect the general scheduling order entered on July 5, 2006 and will not prevent any party from later filing a summary judgment motion on any issue.

IT IS SO ORDERED.

Dated: September 25, 2006

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

PROPOSED ORDER; (No.C 04-1830 CRB (JL)

1