| | |
|---|---|
| FRANKLIN BROCKWAY GOWDY, SBN 47918<br>THOMAS D. KOHLER, SBN 207917<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001 | DANIEL M. PRESS<br>JUAN CHARDIET (*pro hac vice*)<br>CHUNG & PRESS , P.C.<br>6723 Whittier Ave., Ste. 302<br>McLean, VA  22101<br>Telephone: 703.734.3800<br>Facsimile: 703.734.0590<br>dpress@chung-press.com |
| DAVID C. BOHRER, SBN 212397<br>MICHAEL J. LYONS, SBN 202284<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA  94306-2212<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>mlyons@morganlewis.com | Attorneys for Defendants<br>DAEWOO ELECTRONICS , et al. |

Attorneys for Plaintiff
FUNAI ELECTRIC COMPANY, LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Funai Electric Company, Ltd.,<br><br>        Plaintiff,<br><br>    vs.<br><br>Daewoo Electronics Corporation, et. al.<br><br>        Defendants. | Case No. C 04-1830 CRB (JL)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE: BRIEFING SCHEDULE<br>EXTENDING REMAINING BRIEFING<br>DEADLINES BY ONE DAY ON MOTION<br>AND CROSS-MOTION FOR PARTIAL<br>SUMMARY JUDGMENT RE '018 PATENT** |

Pursuant to Civil L.R. 6-2(a), for the convenience of the Court and the parties, the parties hereby stipulate and request the Court to adopt the following amended briefing schedule on the pending Motion and Cross-Motion for Partial Summary Judgment:

| | |
|---|---|
| Defendants to file their Reply in support of the Daewoo Motion and Opposition to Funai's Cross-Motion For Partial Summary Judgment on U.S. Patent No. 6,021,018 (was October 27 per prior Stipulation and Order) | October 30, 2006 |
| Plaintiff to file its Reply(ies) in support of any Funai Motion: | November 6, 2006 |
| Hearing on both Daewoo Motion and Funai Motion : | November 17, 2006 |

Funai agreed to this extension in light of Daewoo's agreement to the extension previously sought by Funai and approved by the Court. This stipulation does not affect the general scheduling order entered on July 5, 2006 and will not prevent any party from later filing a summary judgment motion on any issue. The Parties note that this Stipulation results in the filing of the final reply brief one business day later than provided by the Local Rules for a hearing on November 17, but they respectfully request that the Court permit this modification, as the alternative would be to continue the hearing by two weeks.

IT IS SO AGREED AND STIPULATED.

Dated: October 27, 2006                MORGAN, LEWIS & BOCKIUS LLP


By:  /s/ Michael J. Lyons
     Michael J. Lyons

Attorneys for Plaintiff
FUNAI ELECTRIC COMPANY, LTD.

Dated: October 27, 2006                CHUNG & PRESS, P.C.


By:  /s/ Daniel M. Press
     Daniel M. Press

Attorneys for Defendants
DAEWOO ELECTRONICS CORPORATION et al.

1  I hereby attest that concurrence in the filing of the document has been obtained from each of the
2  other signatories.

3                                                         /s/ Daniel M. Press
                                                            Daniel M. Press
4

5
   BASED ON THE FOREGOING, IT IS SO ORDERED.
6

7

8  Dated:  October 31, 2006
                                                          _____
9                                                         CHARLES R. BREYER
                                                          UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(United States District Court, Northern District of California seal)

                                            2                   STIPULATION PURSUANT TO L.R. 6-2(a)
                                                                         (No.C 04-1830 CRB (JL))