IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNAI ELECTRIC COMPANY, LTD., | No. C 04-01830 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| DAEWOO ELECTRONICS CORPORATION ET AL., | |
| Defendant. _____/ | |

Oral argument on the parties' motions for summary judgment is scheduled for hearing at 10:00 a.m. on November 17, 2006. Each side will be permitted thirty minutes for argument. At oral argument, the parties should focus their discussion on the following questions:

1. What evidence supports or refutes the proposition that the accused product VCR's operate — that is, play or record cassette tapes — when the cassette holder is located at what Defendant refers to as the "intermediate position"? Is there sufficient evidence to bring "intermediate position" within the meaning of the claim term "play position"?

2. In light of the deposition of Mr. Kang, which disavowed the document relied upon for a showing of noninfringement by Defendant's earlier Rule 30(b)(6) witness, Mr. Choi, what evidence in the record supports Defendant's claim of noninfringement?

3. Why would a person of ordinary skill in the art find a suggestion or motivation to combine the "561-J" reference with either the "606-J" or "967-J" references?

4. With respect to commercial success as objective evidence of nonobviousness, does the market share data for the period prior to and following introduction of products employing the claimed mechanism of the '018 patent reveal either a relative growth in market share for these products or the replacement of earlier sales by others?

**IT IS SO ORDERED.**

Dated: November 15, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE