FRANKLIN BROCKWAY GOWDY, SBN 47918
THOMAS D. KOHLER, SBN 207917
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001

DAVID C. BOHRER, SBN 212397
MICHAEL J. LYONS, SBN 202284
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2212
Tel:  650.843.4000
Fax:  650.843.4001
mlyons@morganlewis.com

Attorneys for Plaintiff
FUNAI ELECTRIC COMPANY, LTD.

DANIEL M. PRESS
JUAN CHARDIET (*pro hac vice*)
CHUNG & PRESS , P.C.
6723 Whittier Ave., Ste. 302
McLean, VA  22101
Telephone:  703.734.3800
Facsimile:  703.734.0590
dpress@chung-press.com

Attorneys for Defendants
DAEWOO ELECTRONICS , et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Funai Electric Company, Ltd.,<br><br>            Plaintiff,<br><br>     vs.<br><br>Daewoo Electronics Corporation, et. al.<br><br>            Defendants. | Case No. C 04-1830 CRB (JL)<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL L.R. 6-2(a) TO EXTEND EXPERT DISCOVERY DATES** |

Pursuant to Civil L.R. 6-2(a), for the convenience of the Court and the parties, the parties hereby stipulate and request the Court to adopt the following revised case schedule dates:

| | |
|---|---|
| Written expert reports for those issues upon which each party bears the burden of proof: | February 9, 2007 |
| Rebuttal expert reports: | April 9, 2007 |
| Expert Discovery cut-off: | April 20, 2007 |

This stipulation does not otherwise affect the general scheduling order entered on July 5, 2006 or the stipulation and order to extend the deadline for supplementation of disclosure and responses under Fed. R. Civ. P. 26(e) entered on July 12, 2006.

IT IS SO AGREED AND STIPULATED.

Dated: December 14, 2006              MORGAN, LEWIS & BOCKIUS LLP


                                       By: /s/ Michael J. Lyons
                                           Michael J. Lyons

                                       Attorneys for Plaintiff
                                       FUNAI ELECTRIC COMPANY, LTD.

Dated: December 14, 2006              CHUNG & PRESS, P.C.


                                       By: /s/ Daniel M. Press
                                           Daniel M. Press

                                       Attorneys for Defendants
                                       DAEWOO ELECTRONICS
                                       CORPORATION et al.

**IT IS SO ORDERED**.


Dated:  December 18, 2006             _____
                                       CHARLES R. BREYER
                                       UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

STIPULATION PURSUANT TO L.R. 6-2(a)
(No. C 04-1830 CRB (JL))

1