**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNAI ELECTRIC COMPANY, | No. C 04-1830 CRB  (JL) |
| Plaintiff, | |
| v. | **NOTICE** |
| DAEWOO ELECTRONICS CORPORATION, ET AL., | |
| Defendants. | |
| _____/ | |

The Court received the parties' joint letter concerning compliance with this Court's previous discovery orders (Docket Number 312). All discovery has been referred by the district court (Hon. Charles R. Breyer) as provided by 28 U.S.C. §636(b) and Civil Local Rule 72.

The discovery cut-off is March 30, 2007, the motions deadline is April 27, the pretrial conference is June 19 and jury trial is scheduled for July 2.

This Court issued orders regarding discovery in this case on April 14, 2005,  August 3, 2005 and September 18, 2006.

The Court hereby sets this most recent matter for hearing on its Law and Motion Calendar for February 14, 2007 at 9:30 a.m. Counsel shall file their formal noticed motion or motions on the normal briefing schedule.

1       IT IS SO ORDERED.

2    DATED: December 22, 2006

3

4                                                    _____
                                                     JAMES LARSON
5                                                    Chief United States Magistrate Judge

6

7

8

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28