1  FRANKLIN BROCKWAY GOWDY, State Bar No. 47918
   fgowdy@morganlewis.com
2  THOMAS D. KOHLER, State Bar No. 207917
   tkohler@morganlewis.com
3  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
4  San Francisco, CA  94105-1126
   Tel:  415.442.1000
5  Fax:  415.442.1001

6  DAVID C. BOHRER, State Bar No. 212397
   dbohrer@morganlewis.com
7  MICHAEL J. LYONS, State Bar No. 202284
   mlyons@morganlewis.com
8  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
9  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2122
10 Tel:  650.843.4000
   Fax:  650.843.4001

11

12 Attorneys for Plaintiff
   FUNAI ELECTRIC COMPANY, LTD.

13
                       UNITED STATES DISTRICT COURT
14
                      NORTHERN DISTRICT OF CALIFORNIA
15
                          SAN FRANCISCO DIVISION
16

17

18 FUNAI ELECTRIC COMPANY, LTD.,          Case No. C 04-1830 CRB (JL)

19                      Plaintiff,         [PROPOSED] ORDER GRANTING
                                           ADMINISTRATIVE REQUEST TO FILE
20        vs.                              UNDER SEAL PURSUANT TO CIVIL L.R.
                                           79-5 [SEALED] PLAINTIFF'S MOTION
21 DAEWOO ELECTRONICS                      FOR SANCTIONS AGAINST DAEWOO
   CORPORATION, ET. AL.,                   ELECTRONICS CORPORATION AND
22                                         SUPPORTING GARY GEX
                        Defendants.        DECLARATION EXHIBITS E, T, AND W
23
                                           Date:  February 14, 2007
24                                         Time:   9:30 am
                                           Dept.: Courtroom F, 15th Floor
25                                         Judge: Hon. James Larson,
                                                    Chief Magistrate Judge
26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3622787.1

[PROPOSED] ORDER GRANTING PLAINTIFF'S
[SEALED] MOTION FOR SANCTIONS; C04-1830
CRB(JL)

1    The Court having considered the papers submitted, and the papers on file in this case, and

2  good cause showing,

3    IT IS HEREBY ORDERED that, pursuant to Civil L.R. 79-5, the Clerk shall place under

4  seal:  Plaintiff's [Sealed] Motion For Sanctions Against Daewoo Electronics Corporation And

5  Supporting Gary Gex Declaration Exhibits E, T, And W.

6    IT IS SO ORDERED.

7

8  Dated: _____

January 17, 2007

9                                        The Honorable
                                         United States D_____e Judge

10

IT IS SO ORDERED

Judge James Larson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3622787.1                    1        [PROPOSED] ORDER GRANTING PLAINTIFF'S
                                           [SEALED] MOTION FOR SANCTIONS; C04-1830
                                           CRB(JL)