**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FUNAI ELECTRIC COMPANY,                    No. C 04-1830 CRB  (JL)

        Plaintiff,

    v.                                     **ORDER**

DAEWOO ELECTRONICS
CORPORATION, ET AL.,

        Defendants.
_____/

     The Court received the parties' stipulation to extend the briefing schedule for

Plaintiff's motion for sanctions, on calendar for hearing February 14, 2007. This would

result in the opposition and reply briefs being filed one week later than provided by Civil

Local Rule 7-3(a) and (c). In light of the other deadlines in this case, the Court sees no

justification for extending the briefing schedule without also continuing the hearing. To

accommodate the parties, concurrently in depositions, the Court hereby continues the

hearing on this motion to February 21 at 9:30 a.m.

     IT IS SO ORDERED.

DATED: January 26, 2007

                            _James Larson_____
                            JAMES LARSON
                            Chief Magistrate Judge