FRANKLIN BROCKWAY GOWDY, SBN 47918
THOMAS D. KOHLER, SBN 207917
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001

DAVID C. BOHRER, SBN 212397
MICHAEL J. LYONS, SBN 202284
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2212
Tel:  650.843.4000
Fax:  650.843.4001
mlyons@morganlewis.com

Attorneys for Plaintiff
FUNAI ELECTRIC COMPANY, LTD.

DANIEL M. PRESS
JUAN CHARDIET (*pro hac vice*)
CHUNG & PRESS , P.C.
6723 Whittier Ave., Ste. 302
McLean, VA  22101
Telephone:  703.734.3800
Facsimile:  703.734.0590
dpress@chung-press.com

Attorneys for Defendants
DAEWOO ELECTRONICS , et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Funai Electric Company, Ltd.,<br><br>        Plaintiff,<br><br>vs.<br><br>Daewoo Electronics Corporation, et. al.<br><br>        Defendants. | Case No. C 04-1830 CRB (JL)<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL L.R. 6-2(a) TO CONFIRM EXPERT DISCOVERY DATES RELATING TO SUCCESSOR AND JOINT AND SEVERAL LIABILITY CLAIMS** |

1   WHEREAS plaintiff, with leave of Court, added successor and joint and several liability
2   claims on August 15, 2005;
3   WHEREAS the Court entered an Order dated December 12, 2005 [D.I. 219] stating that
4   "[t]he Court will not consider plaintiff's recently added successor and joint and several liability
5   claims until after the patent infringement claims are resolved."
6   WHEREAS, the Court also has entered Scheduling Orders on July 15, 2006 [215] and
7   November 19, 2006 [310] pursuant to which written expert reports are due on February 9, 2007,
8   rebuttal reports on April 9, 2007 and expert discovery cut-off on April 20, 2007.
9   WHEREAS, plaintiff has approached defendants Daewoo Electronics Corporation
10  ("DEC") and Daewoo Electronics America, Inc. ("DEAM") (the non-defaulting defendants who
11  remain in the case) for purposes of clarifying plaintiff's understanding that expert reports and
12  discovery relating to successor and joint and several liability claims will be addressed after the
13  patent infringement claims are resolved.  Moreover, plaintiff's factual discovery on successor and
14  joint and several liability claims is ongoing, and plaintiff is attempting to resolve without the
15  Court's involvement plaintiff's concerns that defendants have not fully complied with this
16  discovery (defendants dispute this contention) such that plaintiff to-date has not had a reasonable
17  opportunity to determine whether and to what extent to submit expert testimony on this issue.
18  Finally, depending upon the outcome of the patent infringement claims, it may not be necessary
19  for the parties to incur the time and expense of developing expert reports and conducting expert
20  discovery on these issues.
21  WHEREAS, the parties do not propose to extend or otherwise modify current fact
22  discovery deadlines or trial dates.  For example, plaintiff intends to complete factual discovery on
23  successor and joint and several liability claims by the current discovery cut-off of March 30,
24  2007.
25  THEREFORE, pursuant to Civil L.R. 6-2(a), for the convenience of the Court and the
26  parties, the parties hereby stipulate to and request the Court adopt the following:
27  
> Expert disclosure and expert discovery relating to successor and
> joint and several liability will be coordinated with the Court
28

1  following trial on patent infringement issues, but in any event these
2  activities will be scheduled to occur a reasonable time prior to the
   Court receiving evidence and oral and written arguments on
3  successor and joint and several liability claims.

4  This stipulation does not otherwise affect the Court's prior scheduling orders.

5  IT IS SO AGREED AND STIPULATED.

6  Dated: January 24, 2007.                    MORGAN, LEWIS & BOCKIUS LLP

8                                              By: /s/ David C. Bohrer
9                                                  David C. Bohrer

10                                             Attorneys for Plaintiff
                                               FUNAI ELECTRIC COMPANY, LTD.

11 Dated: January 24, 2007.                    CHUNG & PRESS, P.C.

13
14                                             By: /s/ Daniel M. Press
                                                   Daniel M. Press

15                                             Attorneys for Defendants
                                               DAEWOO ELECTRONICS
16                                             CORPORATION et al.

17 **IT IS SO ORDERED**.

19 Dated:  January 30, 2007            _____
                                        CHARLES R. BREYER
20                                      UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, David C. Bohrer,
2  attest that concurrence in the filing of this document has been obtained from each of the other
3  signatories.  I declare under penalty of perjury under the laws of the United States of America that
4  the foregoing is true and correct.  Executed this 24th day of January, 2007, at Palo Alto.

                                        /s/David C. Bohrer
                                        David C. Bohrer