1   FRANKLIN BROCKWAY GOWDY, SBN 47918        DANIEL M. PRESS
     THOMAS D. KOHLER, SBN 207917            JUAN CHARDIET (*pro hac vice*)
2   MORGAN, LEWIS & BOCKIUS LLP           CHUNG & PRESS , P.C.
     One Market, Spear Street Tower             6723 Whittier Ave., Ste. 302
3   San Francisco, CA  94105-1126             McLean, VA  22101
     Tel:  415.442.1000                      Telephone:  703.734.3800
4   Fax:  415.442.1001                     Facsimile:  703.734.0590
                                        dpress@chung-press.com
5   DAVID C. BOHRER, SBN 212397
     MICHAEL J. LYONS, SBN 202284          Attorneys for Defendants
6   MORGAN, LEWIS & BOCKIUS LLP          DAEWOO ELECTRONICS , et al.
     2 Palo Alto Square
7   3000 El Camino Real, Suite 700
     Palo Alto, CA  94306-2122
8   Tel:  650.843.4000
     Fax:  650.843.4001
9   mlyons@morganlewis.com

10  Attorneys for Plaintiff
     FUNAI ELECTRIC COMPANY, LTD.

11

12

13                **UNITED STATES DISTRICT COURT**

14               **NORTHERN DISTRICT OF CALIFORNIA**

15                  **SAN FRANCISCO DIVISION**

16  Funai Electric Company, Ltd.,           Case No. C 04-1830 CRB (JL)

17            Plaintiff,         **STIPULATION AND [PROPOSED]**
                                  **ORDER PURSUANT TO CIVIL L.R. 6-2(a)**
18         vs.                 **TO EXTEND INITIAL EXPERT REPORT**
                                    **DATE**
19  Daewoo Electronics Corporation, et. al.

20          Defendants.

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 6-2(a), the parties hereby stipulate and request the Court to adopt

2    the following revised case schedule date:

3    Written expert reports for those issues upon
     which each party bears the burden of proof:                February 12, 2007
4
5    On December 18, 2006, this Court signed a stipulation extending the deadline for expert

6    discovery.  This earlier stipulation extended the initial expert report due date from January 9,

7    2007 to February 9, 2007.  Earlier today, Counsel for Defendants, Daewoo Electronics

8    Corporation and Daewoo Electronics America, Inc., requested a further extension from February

9    9 to February 12, 2007.  Funai is agreeing to stipulate to this extension as an accommodation and

10   with the understanding that it will not delay any other deadline in this matter, including the

11   deadline for any responsive expert reports.

12   This stipulation does not otherwise affect the general scheduling order entered on July 5,

13   2006 or the stipulation and order to extend the deadline for supplementation of disclosure and

14   responses under Fed. R. Civ. P. 26(e) entered on July 12, 2006.

15   IT IS SO AGREED AND STIPULATED.

16   Dated:  February 9, 2007                 MORGAN, LEWIS & BOCKIUS LLP

17
     By:  /s/ Michael J. Lyons
18        Michael J. Lyons

19   Attorneys for Plaintiff
     FUNAI ELECTRIC COMPANY, LTD.
20
     Dated:  February 9, 2007                 CHUNG & PRESS, P.C.
21
22   By:  /s/ Daniel M. Press
          Daniel M. Press
23
24   Attorneys for Defendants
     DAEWOO ELECTRONICS
25   CORPORATION et al.

26   IT IS SO ORDERED.

27   Dated:   February 12, 2007

28   CHARLES R.
     UNITED STA

IT IS SO ORDERED
Judge Charles R. Breyer

1                                     STIPULATION PURSUANT TO LR 6-2(a)
                                      (No.C 04-1830 CRB (JL)