| | |
|---|---|
| FRANKLIN BROCKWAY GOWDY, SBN 47918<br>THOMAS D. KOHLER, SBN 207917<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Tel:  415.442.1000<br>Fax:  415.442.1001 | DANIEL M. PRESS<br>JUAN CHARDIET (*pro hac vice*)<br>CHUNG & PRESS , P.C.<br>6723 Whittier Ave., Ste. 302<br>McLean, VA  22101<br>Telephone:  703.734.3800<br>Facsimile:  703.734.0590<br>dpress@chung-press.com |
| DAVID C. BOHRER, SBN 212397<br>MICHAEL J. LYONS, SBN 202284<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA  94306-2122<br>Tel:  650.843.4000<br>Fax:  650.843.4001<br>mlyons@morganlewis.com | Attorneys for Defendants<br>DAEWOO ELECTRONICS , et al. |
| Attorneys for Plaintiff<br>FUNAI ELECTRIC COMPANY, LTD. | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Funai Electric Company, Ltd.,<br><br>              Plaintiff,<br><br>        vs.<br><br>Daewoo Electronics Corporation, et. al.<br><br>              Defendants. | Case No. C 04-1830 CRB (JL)<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL L.R. 6-2(a) TO EXTEND CERTAIN DAMAGES EXPERT DISCOVERY DEADLINES** |

Pursuant to Civil L.R. 6-2(a), the parties hereby stipulate and request the Court to adopt the following revised case schedule dates:

| | |
|---|---|
| Daewoo's damages-related expert rebuttal report: | April 30, 2007 |
| Damages expert discovery cut-off: | May 7, 2007 |

On December 18, 2006, this Court signed a stipulation and order extending the deadline for expert discovery, and extending the initial expert report due date from January 9, 2007 to February 9, 2007. On February 12, 2007, this Court signed a subsequent stipulation and order further extending the initial expert report due date to February 12, 2007. The present stipulated extension of damages expert discovery dates is to allow sufficient time to complete damages expert discovery in view of the current expert and percipient witness deposition schedule.

This stipulation does not otherwise affect the general scheduling order entered on July 5, 2006, the stipulation and order to extend the deadline for supplementation of disclosure and responses under Fed. R. Civ. P. 26(e) entered on July 12, 2006, or the stipulation and order extending the deadline for expert discovery entered on December 18, 2006.

IT IS SO AGREED AND STIPULATED.

Dated: April 6, 2007         MORGAN, LEWIS & BOCKIUS LLP

                             By: /s/ Michael J. Lyons
                                 Michael J. Lyons
                                 Attorneys for Plaintiff
                                 FUNAI ELECTRIC COMPANY, LTD.

Dated: April 6, 2007         CHUNG & PRESS, P.C.

                             By: /s/ Daniel M. Press
                                 Daniel M. Press
                                 Attorneys for Defendants
                                 DAEWOO ELECTRONICS
                                 CORPORATION, et al.

**IT IS SO ORDERED**.

Dated: __April 6, 2007__       _____
                               CHARLES R. BREYER
                               UNITED STATES DISTRICT JUDGE

[Seal: IT IS SO ORDERED / Judge Charles R. Breyer / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

STIPULATION PURSUANT TO L.R. 6-2(a)
(No.C 04-1830 CRB (JL))

1