FRANKLIN BROCKWAY GOWDY, SBN 47918
THOMAS D. KOHLER, SBN 207917
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001

DAVID C. BOHRER, SBN 212397
MICHAEL J. LYONS, SBN 202284
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
mlyons@morganlewis.com

Attorneys for Plaintiff
FUNAI ELECTRIC COMPANY, LTD.

DANIEL M. PRESS
JUAN CHARDIET (*pro hac vice*)
CHUNG & PRESS , P.C.
6723 Whittier Ave., Ste. 302
McLean, VA  22101
Telephone: 703.734.3800
Facsimile: 703.734.0590
dpress@chung-press.com

Attorneys for Defendants
DAEWOO ELECTRONICS , et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Funai Electric Company, Ltd.,<br><br>           Plaintiff,<br><br>vs.<br><br>Daewoo Electronics Corporation, et. al.<br><br>           Defendants. | Case No. C 04-1830 CRB (JL)<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL L.R. 6-2 TO EXTEND MOTION TO COMPEL DISCOVERY DEADLINE** |

1  Pursuant to Civil L.R. 6-2, the parties hereby jointly stipulate and request the Court to
2  adopt the following revised case schedule date:
3  Non-Expert Motion to Compel Discovery deadline:   April 17, 2007
4  Fact discovery has now closed. However, to accommodate numerous depositions, travel
5  schedules, and expert discovery, the parties have agreed to schedule certain depositions and
6  discovery responses beyond the fact discovery cut-off date. The parties have also agreed to
7  extend the deadline for Motions to Compel Discovery. Pursuant to these agreements, the Parties
8  request that the Court enlarge the time to fie Motions to Compel Discovery until April 17, 2007
9  to allow parties to complete discovery and attempt to resolve the issues remaining between them.
10  This stipulation does not otherwise affect the general scheduling order entered on July 5,
11  2006, the stipulation and order extending the deadline for expert discovery entered on December
12  18, 2006, or the currently scheduled pre-trial or trial dates. The requested enlargement of time
13  would not affect or delay any other dates set in this action. This is the first request to extend the
14  deadline for motions to compel.
15  IT IS SO AGREED AND STIPULATED.
16  Dated: April 6, 2007                                    MORGAN, LEWIS & BOCKIUS LLP

18                                                          By: /s/ Gregg P. Yates
                                                                Gregg P. Yates
19                                                              Attorneys for Plaintiff
                                                                FUNAI ELECTRIC COMPANY, LTD.
20  Dated: April 6, 2007                                    CHUNG & PRESS, P.C.

22                                                          By: /s/ Daniel M. Press
                                                                Daniel M. Press
23                                                              Attorneys for Defendants
                                                                DAEWOO ELECTRONICS
24                                                              CORPORATION et al.

25  **IT IS SO ORDERED**.

27  Dated:   April 9, 2007                                  _____
                                                            CHARLES R. B[REYER]
28                                                          UNITED S[TATES]

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION PURSUANT TO L.R. 6-2(a)
(No. C 04-1830 CRB (JL))

1