FRANKLIN BROCKWAY GOWDY, SBN 47918
THOMAS D. KOHLER, SBN 207917
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001

DAVID C. BOHRER, SBN 212397
MICHAEL J. LYONS, SBN 202284
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
mlyons@morganlewis.com

Attorneys for Plaintiff
FUNAI ELECTRIC COMPANY, LTD.

DANIEL M. PRESS
JUAN CHARDIET (*pro hac vice*)
CHUNG & PRESS , P.C.
6723 Whittier Ave., Ste. 302
McLean, VA  22101
Telephone:  703.734.3800
Facsimile:  703.734.0590
dpress@chung-press.com

Attorneys for Defendants
DAEWOO ELECTRONICS , et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Funai Electric Company, Ltd.,<br><br>              Plaintiff,<br><br>       vs.<br><br>Daewoo Electronics Corporation, et. al.<br><br>              Defendants. | Case No. C 04-1830 CRB (JL)<br>AMENDED<br>**STIPULATION AND [PROPOSED]**<br>**ORDER PURSUANT TO CIVIL L.R. 6-2**<br>**TO EXTEND MOTION TO COMPEL**<br>**DISCOVERY DEADLINE** |

Pursuant to Civil L.R. 6-2, the parties hereby jointly stipulate and request the Court to adopt the following revised case schedule date:

Non-Expert Motion to Compel Discovery deadline:     April 18, 2007

The parties earlier stipulated to, and this Court ordered, a first extension of the deadline to file motions to compel from April 10, 2007 to April 17, 2007 to accommodate a request by Defendants. Defendants then recently served on Plaintiff two (2) proposed joint statements in support of motions to compel discovery on April 15, 2007 and informed Plaintiff of their intent to file a third joint statement regarding Daewoo's Second Set of Interrogatories and Requests for Admission, and requested Plaintiff's response to all statements by April 17, 2007. Plaintiff also asserted that certain matter in the statements and anticipated responses is subject to the protective order. To allow time to respond to these proposed joint statements, and to allow filing under seal, the parties have again agreed to extend the motion to compel deadline, this time to April 18, 2007.

This stipulation does not otherwise affect the general scheduling order entered on July 5, 2006, the stipulation and order extending the deadline for expert discovery entered on December 18, 2006, or the currently scheduled pre-trial or trial dates. The requested enlargement of time would not affect or delay any other dates set in this action. This is the second request to extend the deadline for motions to compel.

IT IS SO AGREED AND STIPULATED.

Dated: April 17, 2007                    MORGAN, LEWIS & BOCKIUS LLP


                                         By: /s/ Thomas D. Kohler
                                             Thomas D. Kohler
                                             Attorneys for Plaintiff
                                             FUNAI ELECTRIC COMPANY, LTD.

Dated: April 17, 2007                    CHUNG & PRESS, P.C.


                                         By: /s/ Daniel M. Press
                                             Daniel M. Press
                                             Attorneys for Defendants
                                             DAEWOO ELECTRONICS
                                             CORPORATION et al.

No further amendments to the discovery schedull will be permitted.

**IT IS SO ORDERED**.

Dated:   April 20, 2007                              _____
                                                     CHARLES R. BREYER
                                                     UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*