**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10
11   FUNAI ELECTRIC COMPANY,                    No. C 04-1830 CRB  (JL)

12            Plaintiff,

13        v.                                     **ORDER TO MEET AND CONFER**

14   DAEWOO ELECTRONICS
     CORPORATION, ET AL.,
15
16            Defendants.
     _____/

17
         All discovery in this case has been referred by the district court (Hon. Charles R.
18
     Breyer), as provided by 28 U.S.C. §636(b) and Civil Local Rule 72. Judge Breyer granted
19
     the final extension of the deadline for motions to compel discovery to April 18, 2007. There
20
     will be no further extensions. (Order filed at Docket # 371)
21
         The Court received the following from the parties to this case:
22
         Letter Brief Joint Letter To Magistrate Judge Larson Concerning Compliance With
23
     Plaintiff's Requests For Production (Sets 4 And 5) And Interrogatories 14-22 filed by Funai
24
     Electric Company, Ltd.. (363) - filed April 17, 2007;
25
         Defendants' joint letters to Magistrate Judge Larson concerning Funai's failure to
26
     comply with its discovery obligations (366) - filed April 18, 2007;
27
28

C-04-1830 ORDER                                                        Page 1 of  2

**United States District Court**
For the Northern District of California

1   Letter from DEC and DEAM re Funai's Failure to Comply with Discovery Obligations

2   (2 Letters filed under seal (367) filed April 18, 2007;

3   Letter from DEC and DEAM to Judge Larson re Funai's Failure to Timely Produce

4   Documents related to Customer as to which it asserts lost sales (368) , filed April 18, 2007;

5   Letter from DEC and DEAM to Magistrate Judge Larson concerning Funai's failure

6   to respond in good faith to Daewoo's Requests for Admissions Nos. 1-38 and Second Set

7   of Interrogatories Nos. 20-23. (372) - filed April 20, 2007.

8   The Court hereby denies DEC and DEAM's motion to compel at # 372 on the basis

9   that it is untimely, having been filed after the April 18 deadline. With respect to all other

10   discovery disputes, the Court hereby orders all counsel involved in any dispute to meet and

11   confer in person within ten business days of the e-filing of this order and to prepare and

12   submit to the Court within five business days after the conclusion of the meet and confer

13   session a joint  written report of ten pages or less describing the extent of their efforts to

14   resolve their disputes: specifically who participated in the meet and confer session or

15   sessions; their proposals to resolve the discovery disputes at issue, the ultimate outcome of

16   their efforts and what, if anything, remains for the Court to resolve.

17   The Court will then take the matters under advisement and will notify the parties

18   regarding the need, if any, for a hearing.

19   IT IS SO ORDERED.

20

21   DATED: April 27, 2007

22

23   _____
     JAMES LARSON
     Chief Magistrate Judge

24

25

26

27

28   G:\JLALL\CHAMBERS\CASES\CIV-REF\04-1830\ord-meet&confer-363-372.wpd

C-04-1830 ORDER