UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNAI ELECTRIC COMPANY, LTD., | No. C-04-1830 JCS |
| Plaintiff(s), | |
| v. | **ORDER RE TUTORIAL** |
| DAEWOO ELECTRONICS CORP., ET AL., | |
| Defendant(s). | |

The parties are requested to jointly prepare a tutorial, not to exceed two hours, providing an overview of the technologies directly relevant to the issues raised in the pending summary judgment motions. The tutorial shall be conducted on **Monday, October 1, 2007 at 2 p.m.** in Courtroom A, 450 Golden Gate Avenue, San Francisco. The tutorial shall consist of a joint presentation up to one hour in length by counsel, to be followed by a question-and-answer session during which the Court will have the opportunity to obtain answers to its questions from the parties' expert witnesses. **In addition to counsel, the parties' expert witnesses shall attend the tutorial.**

IT IS SO ORDERED.

Dated: August 29, 2007

/s/ Joseph C. Spero
JOSEPH C. SPERO
United States Magistrate Judge