United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNAI ELECTRIC COMPANY, | No. C 04-1830 JCS  (JL) |
| Plaintiff, | |
| v. | **ORDER** |
| DAEWOO ELECTRONICS CORPORATION, ET AL., | |
| Defendants. _____/ | |

**Background**

All discovery in this case was referred as provided by 28 U.S.C. § 636(b) and Civil Local Rule 72. This Court previously granted in part and denied in part Funai's motion for monetary sanctions against Daewoo and ordered Funai to submit a declaration documenting its expenses of attempting to obtain discovery and of filing and prosecuting its discovery motion, including attorney fees and costs. (Order at Docket # 354). The Court granted Funai an extension of time to submit its declaration and gave Daewoo an opportunity to respond (Docket # 373). Funai filed its pleadings in support of its motion for sanctions as ordered by the Court (Docket # 406). Daewoo objected (Docket # 474). Funai responded to Daewoo's objection (Docket # 479).

The Court has reviewed the declarations and supporting documents and the moving and opposing pleadings submitted by both sides and hereby awards to Funai the amount of $100,000 in attorney's fees and costs. This shall be paid by Daewoo to Funai within twenty days of the e-filing of this order.

IT IS SO ORDERED.

DATED: November 7, 2007

_____/s/_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\04-1830\Order-Sanctions.wpd