UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNAI ELECTRIC COMPANY, LTD., | No. C-04-1830 JCS |
| Plaintiff, | |
| v. | **ORDER DENYING DISCOVERY MOTIONS** [Docket No. 437] |
| DAEWOO ELECTRONICS CORP., ET AL., | |
| Defendants. | |

By Order dated April 27, 2007, the Court, James Larson, Chief Magistrate Judge, ordered the parties to file a joint letter regarding pending discovery disputes. The parties filed such a joint report. *See* Joint Report Pursuant to April 27, 2007 Order to Meet and Confer [Docket No. 437]. Good cause appearing, and except as previously ordered by Judge Larson, all of the discovery motions referenced in the Joint Letter are DENIED.

IT IS SO ORDERED.

Dated: November 21, 2007

JOSEPH C. SPERO
United States Magistrate Judge