UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FUNAI ELECTRIC COMPANY, LTD.,      No. C-04-1830 JCS

        Plaintiff(s),

**ORDER TO FILE UNDER SEAL COURT'S NOVEMBER 26, 2007 ORDER**

    v.

DAEWOO ELECTRONICS CORP., ET AL.,

        Defendant(s).
_____/

     The Court hereby ORDERS that the following order is under Seal: Order re Summary Judgment Motions [Docket No. 502]. The Court intends to publish the entire opinion in the public record within ten (10) days of the date of this Order. If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than one week from the date of this Order.

     IT IS SO ORDERED.

Dated: November 26, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge