DAVID C. BOHRER, SBN 212397
MICHAEL J. LYONS, SBN 202284
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
dbohrer@morganlewis.com

THOMAS D. KOHLER, SBN 207917
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Plaintiff
FUNAI ELECTRIC COMPANY, LTD.

DANIEL M. PRESS
JUAN CHARDIET (*pro hac vice*)
CHUNG & PRESS , P.C.
6723 Whittier Ave., Ste. 302
McLean, VA 22101
Tel: 703.734.3800
Fax: 703.734.0590
tcho@chung-press.com

TAI CHO, ESQ.
445 5th Avenue, # 9E
New York, NY 10016
Telephone: (212) 779-7770

Attorneys for Defendants
DAEWOO ELECTRONICS , et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Funai Electric Company, Ltd.,<br><br>  Plaintiff,<br><br>vs.<br><br>Daewoo Electronics Corporation, et. al.<br><br>  Defendants. | Case No. C 04-1830 CRB (JL)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER UNSEALING NOVEMBER 26, 2007 SUMMARY JUDGMENT ORDER** |

1-SF/7637291.1

1     Plaintiff Funai Electric Company, Ltd. ("FUNAI"), Defendant Daewoo Electronics Corporation ("DEC"), and Defendant Daewoo Electronics America, Inc. ("DEAM"), hereby jointly stipulate and request that this Court unseal the November 26, 2007 Order on the parties' summary judgment motions [Docket No. 502].

    By this Court's November 26, 2007 Order to File Under Seal [Docket No. 503], the Court ordered that its summary judgment order be issued under seal, to be published in its entirety in the public record within 10 days of the date of the order, absent a formal objection and declaration from a party. The parties Funai, DEC, and DEAM have reviewed the Court's summary judgment order, Docket No. 502, and agree and stipulate that this order is <u>not confidential</u>. Accordingly, the parties jointly stipulate and request that this Court promptly unseal its summary judgment order, and allow this order to be published in its entirety in the public record.

IT IS SO AGREED AND STIPULATED.

Dated: November 30, 2007      MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Michael J. Lyons
    Michael J. Lyons

Attorneys for Plaintiff
FUNAI ELECTRIC COMPANY, LTD.

Dated: November 30, 2007      CHUNG & PRESS, P.C.

By: /s/ Daniel M. Press
    Daniel M. Press

Attorneys for Defendants
DAEWOO ELECTRONICS
CORPORATION et al.

**IT IS SO ORDERED**.

Dated: 12/03/07      _____
    JOSEPH C. SPERO
    UNITED STATES MAGISTRATE JUDGE

1   Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Michael J. Lyons,
2   attest that concurrence in the filing of this document has been obtained from each of the other
3   signatories.  I declare under penalty of perjury under the laws of the United States of America that
4   the foregoing is true and correct.  Executed this 30th day of November, 2007, at Palo Alto.

/s/ Michael J. Lyons
Michael J. Lyons