UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNAI ELECTRIC COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> DAEWOO ELECTRONICS CORP., ET AL., <br><br> Defendants. | No. C-04-01830 JCS <br><br> **ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF THE COURT'S SUMMARY JUDGMENT OF NO LITERAL INFRINGEMENT OF U.S. PATENT NO. 6,421,210** [Docket No. 505] |

On November 30, 2007, Plaintiff filed a Motion for Leave to File Motion for Reconsideration of the Court's Summary Judgment of No Literal Infringement of U.S. Patent No. 6,421,210 ("the Motion"). In the Motion, Plaintiff argues that the Court should reconsider its November 26, 2007 Order, pursuant to Civil Local Rule 7-9, because it made a mistake of fact in interpreting evidence relating to the question of literal infringement of the '210 patent. At the request of the Court, Defendants filed a response on December 7, 2007. Having reviewed the parties' briefs, as well as the evidence on which the Court relied in its November 26, 2007 Order, the Court rejects Plaintiff's assertion that it failed to consider material facts. Accordingly, the Motion is DENIED.

IT IS SO ORDERED.

Dated: December 12, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge