UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FUNAI ELECTRIC,                                   Case No. C04-1830 JCS

        Plaintiff(s),

  v.                                              **ORDER FOR JURY REFRESHMENTS**

DAEWOO ELECTRONIC,

        Defendant(s).
_____/

    IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning **January 15, 2008 at 7:30 a.m.**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

    IT IS SO ORDERED.

Dated: January 9, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge