| | |
|---|---|
| DAVID C. BOHRER, SBN 212397<br>MICHAEL J. LYONS, SBN 202284<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>dbohrer@morganlewis.com<br>mlyons@morganlewis.com<br><br>THOMAS D. KOHLER, SBN 207917<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>tkohler@morganlewis.com<br><br>Attorneys for Plaintiff<br>FUNAI ELECTRIC COMPANY, LTD. | DANIEL M. PRESS<br>JUAN CHARDIET (*pro hac vice*)<br>CHUNG & PRESS, P.C.<br>6723 Whittier Ave., Ste. 302<br>McLean, VA 22101<br>Telephone: 703.734.3800<br>Facsimile: 703.734.0590<br>dpress@chung-press.com<br><br>Attorneys for Defendants<br>DAEWOO ELECTRONICS<br>CORPORATION, et al. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Funai Electric Company, Ltd.,<br><br>                Plaintiff,<br><br>       vs.<br><br>Daewoo Electronics Corporation, et. al.<br><br>                Defendants. | Case No. C 04-1830 JCS<br><br>**JOINT STIPULATION RE JURY MEALS** |

Plaintiff Funai Electric Company, Ltd. ("Funai"), and Defendants Daewoo Electronics Corporation ("DEC") and Daewoo Electronics America, Inc. ("DEAM"), hereby jointly stipulate that each party shall bear one-half (1/2) the cost of providing the Jury in this matter with a daily lunch meal outside actual deliberations and breakfast (the latter items provided by the Court).

IT IS SO AGREED AND STIPULATED.

Dated: January 10, 2008                    MORGAN, LEWIS & BOCKIUS LLP

                                           By: /s/ Michael J. Lyons
                                               Michael J. Lyons
                                               Attorneys for Plaintiff
                                               FUNAI ELECTRIC COMPANY, LTD.

Dated: January 10, 2008                    CHUNG & PRESS, P.C.

                                           By: /s/ Daniel M. Press
                                               Daniel M. Press
                                               Attorneys for Defendants
                                               DAEWOO ELECTRONICS
                                               CORPORATION et al.

**IT IS SO ORDERED**.

Dated: January 11, 2008                    _____
                                           JOSEPH C. SPERO
                                           UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Michael J. Lyons, |
| 2 | attest that concurrence in the filing of this document has been obtained from each of the other |
| 3 | signatories. I declare under penalty of perjury under the laws of the United States of America that |
| 4 | the foregoing is true and correct. Executed this 10th day of January, 2008, at San Francisco. |

/s/ Michael J. Lyons
Michael J. Lyons