1
2
3
4
5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7

8   FUNAI ELECTRIC COMPANY, LTD.,          No. C-04-01830 JCS

9           Plaintiff(s),

10          v.

11   DAEWOO ELECTRONICS
     CORPORATION, ET AL.,
12

13          Defendant(s).
     _____/
14
15
16
17              **COURT'S PROPOSED SPECIAL VERDICT FORM**
18
19
20
21   DATED: February 1, 2008
22          _____
            JOSEPH C. SPERO
23          United States Magistrate Judge
24
25
26
27
28

**JURY VERDICT**

We, the jury, unanimously find as follows:

**I.    INFRINGEMENT**

    1.    Has Funai proven by a preponderance of the evidence that Daewoo's sales of T-Mecha VCRs infringe the following claims of the '018 patent under the doctrine of equivalents?

|  | YES | NO |
|---|---|---|
|  | (for Funai) | (for Daewoo) |
| Claim 1 | _____ | _____ |
| Claim 2 | _____ | _____ |
| Claim 3 | _____ | _____ |
| Claim 4 | _____ | _____ |

    2.    Has Funai proven by a preponderance of the evidence that Daewoo's sales of T-Mecha VCRs infringe the following claims of the '210 patent under the doctrine of equivalents?

|  | YES | NO |
|---|---|---|
|  | (for Funai) | (for Daewoo) |
| Claim 1 | _____ | _____ |
| Claim 2 | _____ | _____ |
| Claim 4 | _____ | _____ |
| Claim 5 | _____ | _____ |
| Claim 6 | _____ | _____ |
| Claim 7 | _____ | _____ |
| Claim 9 | _____ | _____ |
| Claim 10 | _____ | _____ |

3.      Has Funai proven by a preponderance of the evidence that Daewoo's sales of VCR products containing the accused erasing circuitry infringe the following claims of the '538 patent, either literally or under the doctrine of equivalents?

|  | YES | NO |
|---|---|---|
|  | (for Funai) | (for Daewoo) |
| Claim 1 | _____ | _____ |
| Claim 3 | _____ | _____ |
| Claim 4 | _____ | _____ |
| Claim 5 | _____ | _____ |

## II.    <u>INVALIDITY</u>

4.      Has Daewoo proven by clear and convincing evidence that the following claims of the '210 patent are invalid due to obviousness?

|  | YES | NO |
|---|---|---|
|  | (for Funai) | (for Daewoo) |
| Claim 1 | _____ | _____ |
| Claim 2 | _____ | _____ |
| Claim 4 | _____ | _____ |
| Claim 5 | _____ | _____ |
| Claim 6 | _____ | _____ |
| Claim 7 | _____ | _____ |
| Claim 9 | _____ | _____ |
| Claim 10 | _____ | _____ |

5.      Has Daewoo proven by clear and convincing evidence that the following claims of the '538 patent are invalid due to the obviousness?

|  | YES<br>(for Daewoo) | NO<br>(for Funai) |
|---|---|---|
| Claim 1 | _____ | _____ |
| Claim 3 | _____ | _____ |
| Claim 4 | _____ | _____ |
| Claim 5 | _____ | _____ |

If you answered "YES" to any of the questions in Section I, above, and if you answered "NO" to each of the questions in Section II with regard to any of the same claim or claims on which you answered YES in Section I, above, then complete the questions in Sections III and IV, below.

**III.    DAMAGES SECTION**

6.      What sum of money would fairly and adequately compensate Funai for DEC's infringement of the patent(s), if any, as to which you found any claim(s) to be infringed and not invalid?

$_____.

7.      Of the amount, if any, which you awarded in No. 7, what sum of money would fairly and adequately compensate Funai for DEAM's infringement of the patent(s), if any, as to which you found any claim(s) to be infringed and not invalid?

$_____.

1

**IV.    WILLFUL INFRINGEMENT**

2

8.    Has Funai proven by clear and convincing evidence that DEC willfully infringed the

3

'018 patent?

4

5

YES                              NO
(for Funai)                    (for Daewoo)

6

7

_____                    _____

8

9    9.    Has Funai proven by clear and convincing evidence that DEC willfully infringed the

10    '210 patent?

11

YES                              NO
(for Funai)                    (for Daewoo)

12

13

_____                    _____

14    10.    Has Funai proven by clear and convincing evidence that DEC willfully infringed the

15    '538 patent?

16

17

YES                              NO
(for Funai)                    (for Daewoo)

18

19

_____                    _____

20    11.    Has Funai proven by clear and convincing evidence that DEAM willfully infringed

21    the '018 patent?

22

23

YES                              NO
(for Funai)                    (for Daewoo)

24

_____                    _____

25

26

27

28

5

12. Has Funai proven by clear and convincing evidence that DEAM willfully infringed the '210 patent?

YES                  NO
(for Funai)       (for Daewoo)

_____      _____

13. Has Funai proven by clear and convincing evidence that DEAM willfully infringed the '538 patent?

YES                  NO
(for Funai)       (for Daewoo)

_____      _____

### SIGN AND DATE THE SPECIAL VERDICT FORM

**Signed:**_____

**Foreperson of the Jury:**_____

**Dated:**_____

After this Verdict Form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict. Please return the Verdict Form to the Courtroom Deputy.

6