UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNAI ELECTRIC COMPANY, LTD., | No. C-04-01830 JCS |
| Plaintiff(s), | |
| v. | |
| DAEWOO ELECTRONICS CORPORATION, ET AL., | |
| Defendant(s). | |

**SPECIAL VERDICT FORM**

DATED: February 4, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

**JURY VERDICT**

We, the jury, unanimously find as follows:

**I.  INFRINGEMENT**

    1.  Has Funai proven by a preponderance of the evidence that Daewoo's sales of T-Mecha VCRs infringe the following claims of the '018 patent under the doctrine of equivalents?

|         | YES<br>(for Funai) | NO<br>(for Daewoo) |
|---------|---------|---------|
| Claim 1 | _____ | _____ |
| Claim 2 | _____ | _____ |
| Claim 3 | _____ | _____ |
| Claim 4 | _____ | _____ |

    2.  Has Funai proven by a preponderance of the evidence that Daewoo's sales of T-Mecha VCRs infringe the following claims of the '210 patent under the doctrine of equivalents?

|          | YES<br>(for Funai) | NO<br>(for Daewoo) |
|----------|---------|---------|
| Claim 1  | _____ | _____ |
| Claim 2  | _____ | _____ |
| Claim 4  | _____ | _____ |
| Claim 5  | _____ | _____ |
| Claim 6  | _____ | _____ |
| Claim 7  | _____ | _____ |
| Claim 9  | _____ | _____ |
| Claim 10 | _____ | _____ |

3. Has Funai proven by a preponderance of the evidence that Daewoo's sales of VCR products containing the accused erasing circuitry infringe the following claims of the '538 patent, either literally or under the doctrine of equivalents?

|  | YES | NO |
|---|---|---|
|  | (for Funai) | (for Daewoo) |
| Claim 1 | _____ | _____ |
| Claim 3 | _____ | _____ |
| Claim 4 | _____ | _____ |
| Claim 5 | _____ | _____ |

## II. **INVALIDITY**

4. Has Daewoo proven by clear and convincing evidence that the following claims of the '210 patent are invalid due to obviousness?

|  | YES | NO |
|---|---|---|
|  | (for Daewoo) | (for Funai) |
| Claim 1 | _____ | _____ |
| Claim 2 | _____ | _____ |
| Claim 4 | _____ | _____ |
| Claim 5 | _____ | _____ |
| Claim 6 | _____ | _____ |
| Claim 7 | _____ | _____ |
| Claim 9 | _____ | _____ |
| Claim 10 | _____ | _____ |

5. Has Daewoo proven by clear and convincing evidence that the following claims of the '538 patent are invalid due to the obviousness?

|  | YES<br>(for Daewoo) | NO<br>(for Funai) |
|---|---|---|
| Claim 1 | _____ | _____ |
| Claim 3 | _____ | _____ |
| Claim 4 | _____ | _____ |
| Claim 5 | _____ | _____ |

If you answered "YES" to any of the questions in Section I, above, and if you answered "NO" to any of the questions in Section II with regard to any of the same claim or claims on which you answered YES in Section I, above, then complete the questions in Sections III and IV, below. In other words, if there are any claims which you found infringed and not invalid, then complete Sections III and IV. Otherwise, do not complete sections III and IV.

**III.   DAMAGES SECTION**

6. What sum of money would fairly and adequately compensate Funai for DEC's infringement of the patent(s), if any, as to which you found any claim(s) to be infringed and not invalid?

$_____.

7. Of the amount, if any, which you awarded in No. 6, what sum of money would fairly and adequately compensate Funai for DEAM's infringement of the patent(s), if any, as to which you found any claim(s) to be infringed and not invalid?

$_____.

4

## IV. **WILLFUL INFRINGEMENT**

8. Has Funai proven by clear and convincing evidence that DEC willfully infringed the '018 patent?

           YES            NO
       (for Funai)     (for Daewoo)

       _____     _____

9. Has Funai proven by clear and convincing evidence that DEC willfully infringed the '210 patent?

           YES            NO
       (for Funai)     (for Daewoo)

       _____     _____

10. Has Funai proven by clear and convincing evidence that DEC willfully infringed the '538 patent?

           YES            NO
       (for Funai)     (for Daewoo)

       _____     _____

11. Has Funai proven by clear and convincing evidence that DEAM willfully infringed the '018 patent?

           YES            NO
       (for Funai)     (for Daewoo)

       _____     _____

12. Has Funai proven by clear and convincing evidence that DEAM willfully infringed the '210 patent?

          YES                NO
      (for Funai)      (for Daewoo)

    _____    _____

13. Has Funai proven by clear and convincing evidence that DEAM willfully infringed the '538 patent?

          YES                NO
      (for Funai)      (for Daewoo)

    _____    _____

**SIGN AND DATE THE SPECIAL VERDICT FORM**

**Signed:**_____

**Foreperson of the Jury:**_____

**Dated:**_____

After this Verdict Form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict. Please return the Verdict Form to the Courtroom Deputy.