| | |
|---|---|
| DAVID C. BOHRER (SBN 212397) | PERRY R. CLARK (SBN 197101) |
| dbohrer@morganlewis.com | pclark@kirkland.com |
| MICHAEL J. LYONS (SBN 202284) | SARAH L. FORNEY (SBN 254769) |
| mlyons@morganlewis.com | sforney@kirkland.com |
| MORGAN, LEWIS & BOCKIUS LLP | KIRKLAND & ELLIS LLP |
| 2 Palo Alto Square | 555 California Street |
| 3000 El Camino Real, Suite 700 | San Francisco, CA 94104 |
| Palo Alto, CA 94306-2122 | Tel: 415.439.1400 |
| Tel: 650.843.4000 | Fax: 415.439.1500 |
| Fax: 650.843.4001 | |

Attorneys for Defendants
DAEWOO ELECTRONICS CORPORATION,
DAEWOO ELECTRONICS AMERICA, INC.,
and DAEWOO ELECTRIC MOTOR
INDUSTRIES, LTD. (now known as Daewoo
Electronics Corporation).

THOMAS D. KOHLER (SBN 207917)
tkohler@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Plaintiff
FUNAI ELECTRIC COMPANY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUNAI ELECTRIC COMPANY, LTD., | Case No. C 04-1830 JCS |
| Plaintiff, | **AMENDED JOINT CASE PROPOSED SCHEDULE FOR POST-TRIAL AND SUCCESSOR LIABILITY-RELATED ISSUES PURSUANT TO FEBRUARY 15, 2008 AND APRIL 21, 2008 ORDERS** |
| vs. | |
| DAEWOO ELECTRONICS CORPORATION ET AL., | Date: N/A |
| Defendants. | Time: N/A |
| | Courtroom: Courtroom A, 15th Floor |
| | Judge: Hon. Joseph C. Spero |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3701942.1

AMENDED JOINT PROPOSED SCHEDULE FOR POST-
TRIAL AND SUCCESSOR LIABILITY–RELATED ISSUES
Case No. C 04-1830 JCS

Pursuant to this Court's February 15, 2008 Case Management Order as well as the Court's April 21, 2008 Telephonic Conference Order, Plaintiff Funai Electric Company, Ltd. ("Funai"), Defendant Daewoo Electronics Corporation ("DEC"), and Defendant Daewoo Electronics America, Inc. ("DEAM") (together, "Daewoo") submit the following Amended Joint Case Management Conference Statement for Post-Trial and Successor-Liability Related Issues.

Having met-and-conferred, the parties jointly propose the following schedule for the remainder of the case:

| Event | Date |
|---|---|
| Opening Briefs on Dispositive Motions Regarding Successor Liability Claims* | May 2, 2008 |
| Opposition Briefs on Dispositive Motions Regarding Successor Liability Claims | May 16, 2008 |
| Reply Briefs on Dispositive Motions Regarding Successor Liability Claims; Opening Briefs on Funai's and Daewoo's Post-Trial Motions | May 30, 2008 |
| Opposition Briefs on Funai's and Daewoo's Post-Trial Motions | June 20, 2008 |
| Hearing on Dispositive Motions Regarding Successor Liability Claims; Reply Briefs on Funai's and Daewoo's Post-Trial Motions | June 27, 2008 9:30 a.m. |
| Hearing on Funai's and Daewoo's Post-Trial Motions | August 1, 2008 9:30 a.m. |
| Final Case Management Conference | September 5, 2008 |
| Trial Date on Successor Liability (5 days) | September 22-26, 2008 |
| Post-Trial Motions on Successor Liability | 14 days after completion of trial. |

---

* If any such dispositive motion, or opposition thereto, is supported by expert opinions, the opinions shall be disclosed (per the applicable section of Rule 26) no later than the filing of the relevant brief and the party submitting the expert testimony shall make the expert(s) available for deposition within 7 days of disclosure.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3701942.1

1

AMENDED JOINT PROPOSED SCHEDULE FOR POST-TRIAL AND SUCCESSOR LIABILITY–RELATED ISSUES
Case No. C 04-1830 JCS

| | | |
|---|---|---|
| Dated: April 22, 2008 | | MORGAN, LEWIS & BOCKIUS LLP |

By  /s/ David C. Bohrer
David C. Bohrer

Attorneys for Plaintiff
FUNAI ELECTRIC CO., LTD.

Dated: April 22, 2008    KIRKLAND & ELLIS LLP

By  /s/ Perry R. Clark
Perry R. Clark

Attorneys for Defendants
DAEWOO ELECTRONICS CORP.,
DAEWOO ELECTRONICS AMERICA, INC.

Dated: April 23, 2008

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3701942.1

2

AMENDED JOINT PROPOSED SCHEDULE FOR POST-TRIAL
AND SUCCESSOR LIABILITY–RELATED ISSUES
Case No. C 04-1830 JCS

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David C. Bohrer, am the ECF user whose ID and password are being used to file this Amended Joint Case Proposed Schedule For Post-Trial And Successor Liability-Related Briefing Pursuant To February 15, 2008 and April 21, 2008 Orders. In compliance with General Order 45.X.B., I declare under the penalty of perjury under the laws of the United States of America that Perry R. Clark has concurred in this filing.

Executed this 22nd day of April 2008, at Palo Alto, California.

             /s/ David C. Bohrer

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3701942.1

3

AMENDED JOINT ~~PROPOSED~~ SCHEDULE FOR POST-TRIAL AND SUCCESSOR LIABILITY–RELATED ISSUES
Case No. C 04-1830 JCS