UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNAI ELECTRIC COMPANY, LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> DAEWOO ELECTRONICS CORP., ET AL., <br><br> Defendant(s). <br> _____/ | No. C-04-1830 JCS <br><br> **ORDER TO MEET AND CONFER AND FILE JOINT STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF SUMMARY JUDGMENT MOTIONS** |

Pursuant to Magistrate Judge Spero's Standing Order on Motions for Summary Judgment, parties seeking summary judgment are required to file a joint statement of undisputed facts supported by admissible evidence. "If the parties are unable to reach complete agreement after meeting and conferring, they shall file a joint statement of the undisputed facts about which they do agree." Standing Order, ¶ 18. The parties to this action have filed cross-motions for summary judgment on the question of successor liability. No joint statement of undisputed facts has been filed in support of either motion and there is no indication that the parties have met and conferred. Accordingly, the parties are directed to meet and confer and to file with the Court, no later than **June 14, 2008**, a joint statement of undisputed facts relevant to the motions. **No separate statements of undisputed facts shall be accepted.**

IT IS SO ORDERED.

Dated: May 29, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge