DAVID C. BOHRER, Bar # 212397
dbohrer@morganlewis.com
MICHAEL J. LYONS, Bar # 202284
mlyons@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001

THOMAS D. KOHLER, Bar # 207917
tkohler@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.441.1001

Attorneys for Plaintiff
FUNAI ELECTRIC COMPANY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUNAI ELECTRIC COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> DAEWOO ELECTRONICS CORPORATION, ET. AL., <br><br> Defendants. | Case No. C 04-1830 JCS <br><br> [PROPOSED] ORDER GRANTING FUNAI'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 FUNAI'S MOTION FOR ENHANCED DAMAGES UNDER 35 U.S.C. § 284 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3708606.1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
REQUEST TO SEAL
CASE NO. 04-1830 JCS

1  The Court having considered the papers submitted, and the papers on file in this case, and
2  upon good cause showing,
3  **IT IS HEREBY ORDERED:**
4  Pursuant to Civil L.R. 79-5, the Clerk shall place under seal the following document:
5  (1)   Funai's Motion for Enhanced Damages Under 35 U.S.C. § 284.

8  Dated: ____June 4_____, 2008   _____
9  HONORABLE JOSEPH C. SPERO

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

[■■■■■■D] ORDER GRANTING
FUNAI'S ADMIN REQUEST TO FILE UNDER SEAL
CASE NO.: C 04-1830 JCS

1-PA/3708606.1