UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNAI ELECTRIC COMPANY, LTD., | Case No. C04-01830 JCS |
| Plaintiff(s), | |
| v. | **ORDER VACATING TRIAL DATE AND CONTINUING AUGUST 1, 2008 HEARING ON POST-TRIAL MOTIONS TO OCTOBER 17, 2008.** |
| DAEWOO ELECTRONICS CORPORATION, ET AL, | |
| Defendant(s). | |
| _____/ | |

On June 27, 2008, the Court heard oral argument on cross motions for summary judgment on the successor liability claims in this case.  In light of those arguments, the pre-trial conference date of September 5, 2008, and the trial date of September 22, 2008, in this matter are VACATED.   IT IS HEREBY FURTHER ORDERED that the hearing on all pending post-trial motions, previously noticed for August 1, 2008, at 9:30 a.m., is continued to **October 17, 2008, at 9:30 a.m.**  All counsel and parties shall report to Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated:  July 21, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge