UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNAI ELECTRIC COMPANY, LTD., <br><br>  Plaintiff(s), <br><br>  v. <br><br> DAEWOO ELECTRONICS CORP., ET AL., <br><br>  Defendant(s). <br> _____/ | No. C-04-1830 JCS <br><br> **ORDER TO FILE UNDER SEAL COURT'S July 22, 2008 ORDER RE: SUMMARY JUDGMENT MOTIONS ON SUCCESSOR LIABILITY [Docket No. 770]** |

The Court hereby ORDERS that the following order is under Seal: Order re Summary Judgment Motions on Successor Liability [Docket No.770]. The Court intends to publish the entire opinion in the public record within ten (10) days of the date of this Order. If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than one week from the date of this Order.

IT IS SO ORDERED.

Dated: July 22, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge