UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FUNAI ELECTRIC COMPANY, LTD.,                    Case No.  C04-1830 JCS

        Plaintiff(s),

        v.                                                    **ORDER TO UNSEAL COURT'S JULY 22, 2008 ORDER [Docket No. 770]**

DAEWOO ELECTRONICS CORP., ET AL,

        Defendant(s).

_____/

      The parties having submitted no redactions to the Order on Motion for Summary Judgment Re: Successor Liability (the "Order"), IT IS HEREBY ORDERED that the Order [docket no. 770] shall be UNSEALED and the entire opinion may be published in the public record.

      IT IS SO ORDERED.

Dated:  August 6, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California