**United States District Court**
For the Northern District of California

1
2
3
4               UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6
7   FUNAI ELECTRIC COMPANY, LTD.,          Case No.  C-04-01830 JCS
8              Plaintiff(s),
                                          **ORDER RE DEFENDANTS' MOTION**
9        v.                               **FOR CLARIFICATION [Docket No. 911]**
10  DAEWOO ELECTRONICS CORP., ET AL.,
11             Defendant(s).
12  _____/
13          In its April 9, 2009 Order, the Court denied Defendants' motion to stay execution of

14  judgment, holding in part that a stay of execution would be entered if "Defendants posted a

15  supersedeas bond in the amount of $9,020,872.50, that is, 125% of the judgment amount."

16  Defendants now request that the Court clarify its Order by apportioning the bond amount between

17  the two Defendants, DEC and DEAM.  In particular, Defendants request that DEAM be required to

18  post a bond in the amount of $2,873,237.50, that is, 125% of DEAM's share of the total liability.

19  Defendants further request that DEC be required to post a bond in the amount of $6,147,635.00, that

20  is, 125% of the remainder of the judgment.

21          Defendants are correct that DEAM should be required to post a bond that guarantees only its

22  share of the judgment.  On the other hand, the Court declines to reduce the bond amount for DEC.

23  To the extent that DEAM might be found, on appeal, to have no liability, the reduced bond amount

24  as to DEC does not provide adequate protection to Plaintiff that the judgment against DEC will be

25  satisfied.  Therefore, the bond amount required for the Court to stay execution of the judgment as to

26  DEAM shall be  $2,873,237.50.  The bond amount required for the Court to stay execution of the

27  judgment as to DEC shall remain $9,020,872.50.  Further, as stated in the Court's April 9, 2009

28  Order, the Court will increase the amount of the bond required to cover any additional amount

1  awarded by the Court in attorneys' fees and costs.  These amounts may be deposited into an escrow

2  account if the parties can reach agreement as to the terms of the escrow.  Upon notification by the

3  parties that either of these requirements has been satisfied as to DEC and/or DEAM, the Court will

4  enter an appropriate order staying execution of the judgment in this action pending appeal as to one

5  or both Defendants.

6          IT IS SO ORDERED.

7

8  Dated: April 20, 2009

9

10  _____

11  JOSEPH C. SPERO
   United States Magistrate Judge

**United States District Court**
For the Northern District of California