UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNAI ELECTRIC COMPANY, LTD., | No. C-04-1830 JCS |
| Plaintiff, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S RENEWED MOTION FOR ATTORNEYS' FEES [Docket No. 940]** |
| DAEWOO ELECTRONICS CORP., ET AL., | |
| Defendants. | |

On June 12, 2009, Plaintiff filed a Renewed Motion for Attorneys' Fees.

IT IS HEREBY ORDERED that the opposition memorandum shall be filed by **July 6, 2009,** and the reply brief shall be filed by **July 20, 2009.** Upon filing of the reply brief the Motion for Attorneys' Fees will be deemed as under submission with no oral argument.

IT IS SO ORDERED.

Dated: June 24, 2009

JOSEPH C. SPERO
United States Magistrate Judge