1  Michael J. Lyons (S.B.N. 202284)
   Lorraine M. Casto (S.B.N. 238154)
2  Harry F. Doscher (S.B.N. 245969)
   mlyons@morganlewis.com
3  lcasto@morganlewis.com
   hdoscher@morganlewis.com
4  MORGAN, LEWIS & BOCKIUS LLP
5  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
6  Telephone: (650) 843-4000
   Facsimile: (650) 843-4001
7
8  Attorneys for Plaintiff
   Funai Electric Company, Ltd.
9

Perry R. Clark (S.B.N. 197101)
pclark@kirkland.com
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500

Jenny N. Lee (S.B.N. 247684)
Sarah L. Forney (S.B.N. 254769)
Marc Tarlock (S.B.N. 257712)
jenny.lee@kirkland.com
sarah.forney@kirkland.com
marc.tarlock@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, Ste. 2700
San Francisco, CA 94104-1510
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendants
Daewoo Electronics Corporation and
Daewoo Electronics America Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUNAI ELECTRIC COMPANY, LTD., | Case No. C 04-1830 JCS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING FEES, EXPENSES AND COSTS TO BE AWARDED TO FUNAI** |
| vs. | |
| DAEWOO ELECTRONICS CORPORATION, ET AL., | |
| Defendants. | |

1    Plaintiff Funai Electric Company, Ltd. ("Funai") and Defendants Daewoo Electronics
2    Corporation ("DEC") and Daewoo Electronics America Inc. ("DEAM") (collectively "Defendants")
3    hereby stipulate and request entry of this proposed order as follows:
4    WHEREAS, on January 5, 2009, this Court entered its Order Re Post Trial Motions,
5    awarding Funai attorneys' fees, expenses and costs according to proof;
6    WHEREAS, on March 10, 2009, the Court of Appeals for the Federal Circuit docketed the
7    Defendants' appeal and Funai's cross-appeal;
8    WHEREAS, on June 12, 2009, Funai submitted its Renewed Application for Attorneys' Fees
9    [D.I.s 940 and 957], which application is still pending;
10   WHEREAS, on June 18, 2009, the Clerk of this Court taxed costs in the amount of
11   $47,852.74;
12   WHEREAS, on June 25, 2009, Funai submitted its Motion for Review of Clerk's Taxation of
13   Costs [D.I. 953], which motion is still pending;
14   WHEREAS, on July 24, 2009, Funai submitted its Renewed Application for Expenses
15   [D.I. 977], which application is still pending;
16   IT IS HEREBY STIPULATED THAT:
17   1.    Funai shall be awarded a total of $3,952,147.26 in attorneys' fees and expenses under
18   35 U.S.C. § 285, and taxed costs in the amount of $47,852.74.
19   2.    Upon signed judicial approval of this Stipulation, Funai hereby withdraws its
20   Renewed Application for Attorneys' Fees, Motion for Review of Clerk's Taxation of Costs and
21   Renewed Application for Expenses.
22   3.    Within two weeks from signed judicial approval of this Stipulation, Daewoo intends,
23   by and through its counsel, to deposit an additional $4,000,000.00 with the Clerk of Court for the
24   Southern District of Florida in order to obtain a stay of enforcement as to the $3,952,147.30 award of
25   attorneys' fees, expenses and the $47,852.74 in taxed costs.
26   4.    Upon deposit of the funds described in paragraph 3 above, all enforcement
27   proceedings as to Funai's attorneys' fees, expenses and costs awards shall be stayed.
28   5.    To the extent the Court of Appeals for the Federal Circuit vacates, reverses, remands

Stipulation and [PROPOSED] Order Re Fees,           1                    Case No. C 04-1830 JCS
Expenses and Costs to be Awarded to Funai
DB2/21267077.1

or otherwise modifies this Court's findings of liability regarding one or more of the patents-in-suit, or vacates, reverses, remands or otherwise modifies this Court's findings regarding Funai's claim for successor liability, Funai and Defendants agree that any party is entitled to seek a re-calculation of the stipulated amounts herein and request this Court to either increase or decrease the award of attorneys' fees, expenses or taxed costs, as appropriate under the circumstances.

Dated: August 11, 2009

| MORGAN LEWIS & BOCKIUS LLP | KIRKLAND & ELLIS LLP |
|---|---|
| By: /s/ Michael J. Lyons | By: Jenny N. Lee |
| Michael J. Lyons<br>Lorraine M. Casto<br>Harry F. Doscher | Perry R. Clark<br>Jenny N. Lee<br>Sarah Forney<br>Marc Tarlock |
| Attorneys for Plaintiff<br>Funai Electric Company, Ltd. | Attorneys for Defendants<br>Daewoo Electronics Corporation, et al. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 12, 2009

_____
United States Magistrate Judge
Hon. Joseph C. Spero

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Michael J. Lyons,
2  attest that concurrence in the filing of this document has been obtained from each of the other
3  signatories. I declare under penalty of perjury under the laws of the United States of America that
4  the foregoing is true and correct. Executed this 11th day of August 2009, at Palo Alto.

/s/ Michael J. Lyons
Michael J. Lyons