Michael J. Lyons (S.B.N. 202284)
Lorraine M. Casto (S.B.N. 238154)
Harry F. Doscher (S.B.N. 245969)
mlyons@morganlewis.com
lcasto@morganlewis.com
hdoscher@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone:   (650) 843-4000
Facsimile:   (650) 843-4001

Attorneys for Plaintiff
Funai Electric Company, Ltd.

Perry R. Clark (S.B.N. 197101)
perry@perryclarklaw.com
Law Offices of Perry R. Clark
3457 Cowper St.
Palo Alto, CA 94306
Telephone:   (650) 248-5817
Facsimile:   (650) 618-8533

Attorneys for Defendants
Daewoo Electronics Corporation and
Daewoo Electronics America Inc.

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUNAI ELECTRIC COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> DAEWOO ELECTRONICS CORPORATION, ET AL., <br><br> Defendants. | Case No. C 04-1830 JCS <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED THAT:

Pursuant to the terms of the Parties' November 1, 2010 Settlement Agreement, the undersigned hereby stipulate that the instant action, Case No. C 04-1830 JCS, is hereby dismissed with prejudice.

SO STIPULATED.

Dated: December 15, 2010                                    Respectfully submitted,

MORGAN LEWIS & BOCKIUS LLP                    LAW OFFICES OF PERRY R. CLARK


By: /s/ Michael J. Lyons                                         By: /s/ Perry R. Clark
    Michael J. Lyons                                                  Perry R. Clark
    Lorraine M. Casto
    Harry F. Doscher                                                  Attorneys for Defendants
                                                                      Daewoo Electronics Corporation, et al.
    Attorneys for Plaintiff
    Funai Electric Company, Ltd.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  Dec. 16, 2010

                                                                      _____
                                                                      United States Magistrate Judge
                                                                      Hon. Joseph C. Spero

---

Stipulated Dismissal                          1                          Case No. C 04-1830 JCS
DB2/22090251.1

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Michael J. Lyons,
2  attest that concurrence in the filing of this document has been obtained from each of the other
3  signatories. I declare under penalty of perjury under the laws of the United States of America that
4  the foregoing is true and correct. Executed this 15th day of December, 2010, at Palo Alto.

              /s/ Michael J. Lyons
              Michael J. Lyons